AO 442 (Rev. 4/97) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____
MASSACHUSETTS

UNITED STATES OF AMERICA

v.

GARY NEWELL

**WARRANT FOR ARREST**

Case Number: 03-10370-DPW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____**Gary Newell**_____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X INDICTMENT  ☐ INFORMATION  ☐ COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

**Conspiracy to possess with intent to distribute and to distribute marijuana**

in violation of Title __21__ United States Code, Section(s) __846__

Sheila _____  Operations Supervisor
Name of Issuing Officer            Title of Issuing Officer

_____  Boston, MA; December 4, 2003
Signature of Issuing Officer      Date and Location

Bail fixed at $ _____   BY _____

---

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT
AT _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | WARRANT EXECUTED BY DEA | |
| DATE OF ARREST 1/14/04 | ARREST/ARRAIGNMENT OF THE DEFENDANT ON | |