# UNITED STATES DISTRICT COURT

Office of the Clerk
District of Oregon

740 United States Courthouse
1000 S.W. Third Avenue, Portland, Oregon 97204-2902
(503) 326-8003/8008

FILED
IN CLERKS OFFICE

2004 JAN 26  P 1:44

DISTRICT COURT
DISTRICT OF MASS.

**DONALD M. CINNAMOND**
Clerk of Court

**CAMILE S. HICKMAN**
Acting Chief Deputy Clerk

**CRAIG MEYER**
Division Manager

January 21, 2004

Mr. Tony Anastas
Clerk
United States District Court
2300 John Joseph Moakley
 United States Courthouse
One Courthouse Way
Boston, MA 02210-3002

Dear Mr. Anastas;

 SUBJECT:  U.S. vs Gary Newell, Oregon Case No. 04-M-407; Massachusetts Case No. 03CR10370 DPW

 Pursuant to the ORDER OF REMOVAL signed by Judge Ashmansakas on January 16, 2004, enclosed are certified copies of the entire court file along with a certified copy of the docket sheet. The defendant is ordered to appear in your district on February 3, 2004 at 3:00 p.m.   Please return the enclosed copy of this letter to our office.

 Sincerely,

 DONALD M. CINNAMOND, CLERK

 By J. Raun, Deputy

cc:  File