UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____

CRIMINAL NO. 03-10370-DPW-03

_____

UNITED STATES

v.

GARY NEWELL,
Defendant

_____

## STATUS REPORT REGARDING COUNSEL FOR GARY NEWELL

Charles W. Rankin, who entered his appearance as counsel for arraignment only at Gary Newell's initial appearance and arraignment, reports that he has been advised that Mr. Newell will be unable to hire counsel to represent him. Undersigned counsel has sent a Financial Affidavit to Mr. Newell to complete and return, so that the Court can determine whether counsel should be appointed to represent him under the terms of the Criminal Justice Act.

> Respectfully submitted
> The defendant Gary Newell
> By his counsel
>
> /s/ Charles W. Rankin
> Charles W. Rankin
> BBO No. 411780
> Rankin & Sultan
> One Commercial Wharf North
> Boston, MA 02110
> (617) 720-0011

## CERTIFICATE OF SERVICE

I certify that I have served the foregoing upon counsel of record for the other parties on February 20, 2004 by sending it via first class mail.

_____
Charles W. Rankin