

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*                    United States Courthouse, Suite 9200
                                                    1 Courthouse Way
                                                    Boston, Massachusetts 02210

June 23, 2004

By First Class Mail

Debra A. DelVecchio
DelVecchio & Houseman
Perry Building
15 Front St.
Salem, MA 01970

    Re:   United States v. Douglas Bannerman et al.
           Criminal No. 03-10370-DPW

Dear Ms. DelVecchio:

    I write in response to your letter of June 10, 2004, requesting additional discovery. Your numbered requests are reproduced below, followed by the responses.

    In answer to your request to review the evidence, you may arrange to do so by contacting DEA Special Agent Brian Tomasetta at (617) 557-2154 and arranging to review the items at DEA at a mutually convenient time.

    With respect to the remaining requests in your letter, we have conferred and you have agreed to defer your requests, without prejudice to your ability to pursue them, until after your review of responsive discovery I have agreed to produce to you. I have undertaken to request from the State Police, and provide to you, the training log-book and certifications for "Mako," the narcotics detection canine at issue in the case. I will provide these materials to you promptly upon receipt.

                                   Very truly yours,

                                     MICHAEL J. SULLIVAN
                                   United States Attorney

                By:   /s/ Rachel E. Hershfang
                       Rachel E. Hershfang
                       Assistant U.S. Attorney