# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      v.                          CRIMINAL NO. 2004-10370-DPW-03

GARY NEWELL,
          Defendant.

## *ORDER AMENDING CONDITIONS OF RELEASE*

COLLINGS, U.S.M.J.

It is ORDERED that the Conditions of the Defendant's Pretrial Release previously set in this case be, and the same hereby is, AMENDED to the extent that the following Conditions of Release are ADDED:

> The defendant shall be submit to in-patient and/or out-patient drug treatment at the direction of the Pre-Trial Services officer.
>
> The defendant shall attend Narcotics Anonymous meetings at least three times per week and provide proof of attendance to Pre-Trial Services.

All other conditions of release previously set remain in full force and

effect.  The defendant is advised that the Court shall not tolerate any further violations of the Conditions of Release.

Review of the within Order may be had by the defendant filing a motion pursuant to 18 U.S.C. Sec. 3145(a) seeking review by Judge Woodlock.


/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date: November 12, 2004.