# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**UNITED STATES**

**V.**                                                          **CRIMINAL ACTION NO:**
                                                                **03-10370-DPW**

**GARY NEWELL**
        **Defendant.**

### NOTICE OF MOTION HEARING

Please take notice that a **HEARING** on **GARY NEWELL'S MOTION FOR SUPPLEMENTAL DISCOVERY (#148)** has been scheduled in the above-entitled case for **December 1, 2004 at 2:15 P.M.** at Courtroom #14, 5th Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210  before Robert B. Collings, United States Magistrate Judge.

                            **ROBERT B. COLLINGS**
                            **United States Magistrate Judge**

                            */s/ Noreen A. Russo*
                            **Deputy Clerk**
                            (617) 748-9233

Dated: November 23, 2004.

Notice Sent to:
Debra A. DelVecchio, Esq.