UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.    )<br>)<br>)<br>GARY NEWELL,    )<br>    Defendant    )<br>)<br>_____) | CRIMINAL NO. 03-10370-DPW |

### DEFENDANT GARY NEWELL'S MOTION TO JOIN DEFENDANT BANNERMAN'S MOTION TO SUPPRESS EVIDENCE PRODUCED BY WIRETAP ORDERS

Defendant Gary Newell hereby moves to join in co-defendant Douglas Bannerman's Motion to Suppress Evidence Produced by Wiretap Orders, including his attachments, which was filed with the Court on or about November 19, 2004. Further, the Government notified defense counsel for the first time by notice dated November 17, 2004 that it alleges communications by the defendant were intercepted by court-authorized electronic surveillance beginning in July of 2003. Consequently, the defendant reserves his right to supplement or amend his Motion to Suppress Evidence Produced by Wiretap Orders once further information is provided by the Government.

Respectfully submitted,
GARY NEWELL,
By his attorney,

DATED: November 22, 2004

*Debra A. DelVecchio* (signature)
Debra A. DelVecchio
B.B.O. #542139
DEL VECCHIO & HOUSEMAN
The Perry Building
15 Front Street
Salem, MA 01970
(978) 740-5999

**CERTIFICATE OF SERVICE**
I hereby certify that a true and complete copy of this document was served upon the attorney of record for each party and each party appearing pro se, by mail, hand delivery, facsimile, or courier service, on 11/22/04

*Debra A. DelVecchio* (signature)