UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
                                  )
        v.                        )      CRIMINAL NO. 03-10370-DPW
                                  )
                                  )
GARY NEWELL,                      )
        Defendant                 )
                                  )
_____)


DEFENDANT GARY NEWELL'S MOTION FOR LEAVE
TO FILE MOTION TO DISMISS ONE DAY LATE


        Defendant Gary Newell hereby requests leave to file
his Motion to Dismiss and its corresponding Memorandum of
Law and its attachments, which are filed with this motion
for leave, one day late.  The defendant's non-discovery
motions were due to be filed on November 22, 2004.

        As grounds therefore, undersigned counsel states that
she is a member of a two person law office and the only
member engaged in the practice of criminal law.  Although
defense counsel filed the defendant's Motion to Suppress
Evidence (relating to the warrantless search) and his
Motion for Franks Hearing and Motion to Suppress (relating
to the search conducted pursuant to the search warrant)
with their attachments in timely fashion, the complexity of
the issues presented in this case and some pressing issues
concerning other clients prevented her from completing and
filing her Motion to Dismiss yesterday.

Wherefore, defense counsel respectfully requests that her motion for leave be granted as reasonable and in the interests of justice.

Respectfully submitted,
GARY NEWELL,
By his attorney,

DATED: November 23, 2004

Debra A. DelVecchio
B.B.O. #542139
DEL VECCHIO & HOUSEMAN
The Perry Building
15 Front Street
Salem, MA  01970
(978) 740-5999

CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of this document was served upon the attorney of record for each party and each party appearing *pro se*, by mail, hand delivery, facsimile, a courier service, on and mail on 11/23/04.