# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                              CRIMINAL NO. 2003-10370-DPW-03

GARY NEWELL,
    Defendant.

## *ORDER ON*
## *DEFENDANT GARY NEWELL'S MOTION*
## *FOR SUPPLEMENTAL DISCOVERY (#148)*

COLLINGS, U.S.M.J.

After hearing, the Court takes the following action on Defendant Gary Newell's Motion for Supplemental Discovery (#148):

Defendant's counsel may issue a Rule 17(c) subpoena to the Massachusetts State Police seeking all training records of the dog Mako and all records of Trooper Reid which deal with his training of the dog Mako.

### Addendum

    A. 1. (a)(b)    DENIED.

    A. 2. (a)    DENIED, the Government representing that none exist.

    A. 2. (b)    DENIED.

    A. 3. (a)    ALLOWED as to any logs for the period of 9:00 .M. - 12 Noon on January 24, 2003 which relate in any way to the events which led up to the defendant's arrest and search of the truck he was driving; otherwise, DENIED.

    A. 3. (b)    DENIED.

    B.    DENIED.

To the extent that defendant Newell's motion has herein been allowed, the Government is to provide discovery *on or before the close of business on Monday, December 20, 2004.*

                                              /s/ *Robert B. Collings*
                                              ROBERT B. COLLINGS
                                              United States Magistrate Judge

December 6, 2004.