TAB 2

**U.S. Department of Justice**
Drug Enforcement Administration

 

| **REPORT OF INVESTIGATION** | | | **Page 1 of 21** |
|---|---|---|---|

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: I/A Michelle Blais<br>At: Boston, MA | ☒ ▬▬▬<br>☒ ▬▬▬<br>☐<br>☐ | | 6. File Title | |
| 7. ☐ Closed ☐ Requested Action Completed<br>☐ Action Requested By: | ☐ | | 8. Date Prepared<br>2/3/03 | |
| 9. Other Officers: | | | | |

10. Report Re: Phone activity of Douglas BANNERMAN prior to and after the seizure of $221,910 on January 24, 2003

## SYNOPSIS

Group 1 of the New England Field Division is investigating an international drug smuggling organization. One of the primary targets in this investigation is Douglas BANNERMAN (NADDIS #5054880). On January 24, 2003, law enforcement officers seized $221,910 from Gary NEWELL (NADDIS pending) in Cambridge, MA. It is believed that Gary NEWELL, acting on behalf of Douglas BANNERMAN, transported an unknown amount of marijuana from California to Massachusetts and was to transport the seized money back to California in payment of the marijuana. Investigation has revealed that BANNERMAN uses a voice mail box (617-499-1990), prepaid wireless phones (617-780-8615, 310-486-7865), prepaid calling cards and pay phones to facilitate his drug trafficking activities. The following Report of Investigation (ROI) details Douglas BANNERMAN's calling activity to include incoming calls to his voice mail box, 617-499-1990, calls made to or from his prepaid wireless phones and calls made by BANNERMAN through the use of prepaid calling cards from 1/20/03 to 1/25/03.

## DETAILS

**Monday, January 20, 2003** (see Attachment 1)

1a.  **Trap and trace information**

Verizon security identified 10 phone numbers that called voice mail box 617-499-1990 on 1/20/03 (Note: Telephone numbers which call the voice

| 11. Distribution:<br>    Division see last page<br><br>    District<br><br>    Other | 12. Signature (Agent)<br>*Michelle Blais*<br>Michelle Blais, Intelligence Analyst | 13. Date<br>3/24/03 |
|---|---|---|
| | 14. Approved (Name and Title)<br>*Mary V. McCarthy*<br>Mary V. McCarthy, Group Supervisor | 15. Date<br>3/24/03 |

DEA Form    - 6
(Jul. 1996)

1 - Prosecutor

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | | |
| | 3. File Title | |

| 4. | |
|---|---|
| **Page 2 of 21** | |
| 5. Program Code | 6. Date Prepared 2/3/03 |

mail box through the use of prepaid calling cards are not identified).
The identified telephone numbers are as follows:

b.   303-279-7765 (1 call)

Time of call:   20:09:24

In response to an administrative subpoena Qwest Communication identified
the subscriber to 303-279-7765 as Holiday Inn West, 14707 W. Colfax Ave.,
Lakewood, CO.  An administrative subpoena was issued to this Holiday Inn
in an attempt to identify any known associates of Douglas BANNERMAN
registered at the hotel the night of 1/20/03.  Gary Dean NEWELL (NADDIS
pending) was subsequently identified as being registered at this hotel the
night of 1/20/03.  (Reference ROI dated 1/16/03 by I/A Michelle Blais, CC-
███████, entitled Identification of members of marijuana trafficking
organization and ROI dated 1/23/03 by S/A Brian Tomasetta, ██████████
entitled Intelligence on Gary Dean NEWELL, an associate of Douglas K.
BANNERMAN.)

c.   310-486-7865 (1 call)

Time of call:   22:22:29

According to Verizon Wireless records, telephone number 310-486-7865 is a
prepaid wireless account subscribed to by Allan MONABB, ████████████
███████████████████████.  Analysis of call detail records and trap
and trace information indicates that telephone number 310-486-7865 is
utilized by Douglas BANNERMAN.

d.   617-629-9553 (1 call)

Time of call:   19:01:49

Verizon-NE Inc. identified the subscriber to this phone as Frank GIGLIO
█████████████, █████████████████████ GIGLIO appears to be a
close associate of Douglas BANNERMAN as evidenced by the frequency of
telephone contact between the two (reference ROI dated 1/16/03 by I/A
Michelle Blai████████████.  In 1992 GIGLIO was identified as a member of

**DEA SENSITIVE**
Drug Enforcement Administration

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.



**U.S. Department of Justice**
Drug Enforcement Administration



| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION** | | |
| *(Continuation)* | 3. File Title | |
| | | |

| 4. Page 3 of 21 | |
|---|---|
| 5. Program Code | 6. Date Prepared 2/3/03 |

a marijuana distribution organization operating in Massachusetts, California, Florida, Arizona and North Carolina. He was arrested in 1992 for conspiracy to distribute marijuana in Jacksonville, FL investigation, ▮▮▮▮▮▮▮▮ he pleaded guilty and was sentenced to 15 months imprisonment.

e.   619-894-3007 (4 calls)

Time of calls:  12:44:07, 17:59:02, 21:14:59, 21:34:47

The user of this phone is unknown. AT&T Wireless records indicate that this phone is subscribed to by a reseller, GREAT LAKES MANAGEMENT (▮▮▮▮▮▮▮▮, 15 E. Midland Ave., Paramus, NJ. Further subscriber information has not been requested from the reseller because of the potential for compromise.

f.   858-602-0572 (2 calls)

Time of calls:  00:11:59, 11:51:00

In response to an administrative subpoena Nextel provided the subscriber to this number as Hector MARTINEZ ▮▮▮▮▮▮▮▮), ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮ The subscriber name, address and spelling variations of the subscriber address were queried in public source databases and no records were definitively identified. There are numerous records in public source databases for the name Hector MARTINEZ, however, none at the listed subscriber address.

g.   917-362-1420 (1 call)

Time of call:  15:24:23

Subscriber information for this number has been requested from T Mobile, however, it has not yet been received. It is believed that telephone number 917-362-1420 is utilized by Charles HERNANDEZ ▮▮▮▮▮▮▮▮.
Telephone number 917-362-1420 has a similar calling pattern to phones known to be used by Charles HERNANDEZ. HERNANDEZ appears to be a close associate of BANNERMAN as evidenced by the frequent telephone contact between the two. According to information contained in▮▮▮▮▮▮ HERNANDEZ

---

**DEA SENSITIVE**
Drug Enforcement Administration

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration



| **REPORT OF INVESTIGATION** <br> *(Continuation)* | 1. File No. ████████ 8 4 | 2. G-DEP Identifier ████████ |
|---|---|---|
| | 3. File Title ███████████████ | |
| 4. <br> **Page  4  of  21** | | |
| 5. Program Code | 6. Date Prepared <br> 2/3/03 | |



may have been involved in cocaine trafficking during the 1970s and 1980s; in 1998 he was allegedly involved in marijuana trafficking.

2a.  **Prepaid wireless phone information**

An analysis of call detail and trap and trace records indicates that Douglas BANNERMAN uses the following prepaid wireless phones:  617-780-8615 and 310-486-7865.  In response to an administrative subpoena Verizon Wireless identified the subscribers to these numbers as Dawn REMMINGTON, ██████████████████ and Allan MONABB █████████████ respectively.

b.   There are no call detail records available for 617-780-8615 for 1/20/03.  Call detail records for telephone number 310-486-7865 reveals the following call:

c.   617-499-1990 (outgoing - 1 call)

This is the voice mail box of Douglas BANNERMAN.

3a.  **Prepaid calling cards**

There are no records of calls made on this date using prepaid calling cards utilized by Douglas BANNERMAN.

**Tuesday, January 21, 2003** (see Attachment 2)

4a.  **Trap and trace information**

Verizon security identified 11 phone numbers that called voice mail box 617-499-1990 on 1/21/03 (Note:  Telephone numbers which call the voice mail box through the use of prepaid calling cards are not identified). The identified telephone numbers are as follows:

b.   310-486-7865 (5 calls)

Time of calls:  00:24:03, 12:54:30, 12:56:20, 17:32:17, 18:35:11

**DEA SENSITIVE** <br> Drug Enforcement Administration <br> <br> This report is the property of the Drug Enforcement Administration. <br> Neither it nor its contents may be disseminated outside the agency to which loaned. <br> <br> Previous edition dated 8/94 may be used.

**1 - Prosecutor**



**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION *(Continuation)* | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title | |

| 4. **Page 5 of 21** | |
|---|---|
| 5. Program Code | 6. Date Prepared 2/3/03 |

This phone is used by Douglas BANNERMAN.   Reference 1c.

c.   660-882-5413 (1 call)

Time of call:   19:37:17

In response to an administrative subpoena Southwestern Bell provided the subscriber to this number as KPV ENTERPRISES, PILOT TRAVEL CENTER 44, 1701 W. Ashley Rd., Boonville, MO.   Southwestern Bell records also indicate that telephone 660-882-5413 is assigned to a pay phone.   It is believed that Gary NEWELL, identified in 1b, placed this call while en route from California to Massachusetts.

d.   781-395-9701 (1 call)

Time of call:   19:42:31

Verizon-NE Inc. records reveal that 781-395-9701 is a pay phone located at Star Market, 2151 Mystic Valley Pkwy., Medford, MA.

e.   808-283-4617 (1 call)

Time of call:   02:02:05

In response to an administrative subpoena AT&T Wireless identified the subscriber to this number as Reem KHALIL-Valdez ▮▮▮▮▮▮▮▮),  ▮▮▮▮▮▮▮  KHALIL-Valdez is the wife of Henry Sal VALDEZ (▮▮▮▮▮▮▮, an associate of Ivan MORENO-Fernandez ▮▮▮▮▮

f.   917-362-1420 (3 calls)

Time of calls:   14:50:59, 15:43:53, 19:41:14

This phone is believed to be used by Charles HERNANDEZ.   Reference 1g.

5a.   **Prepaid wireless phone information**

DEA Form       - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.




**U.S. Department of Justice**
Drug Enforcement Administration

| **REPORT OF INVESTIGATION** | 1. File No.     4 | 2. G-DEP Identifier |
|---|---|---|
| *(Continuation)* | 3. File Title | |

| 4. Page  6  of  21 | |
|---|---|
| 5. Program Code | 6. Date Prepared 2/3/03 |

There are no call detail records available for 617-780-8615 for 1/21/03. Call detail records for telephone number 310-486-7865 reveal the following outgoing calls:

b.   617-499-1990 (outgoing – 5 calls)

This is a voice mail box used by Douglas BANNERMAN.

c.   800-372-3736 (outgoing – 2 calls)

This telephone number is used to access prepaid calling cards.

**6a.  Prepaid calling cards**

Locus Telecommunications records reveal that on 1/21/03 there were 10 phone calls made through the use of a prepaid calling card utilized by Douglas BANNERMAN.  These calls are as follows:

b.   617-499-1990 (1 call)

Time of call:  20:26
Duration:  2 minutes

This is a voice mail box used by Douglas BANNERMAN.

c.   617-499-4849 (1 call)

Time of call:  21:34
Duration:  1 minute

This is a voice mail box subscribed to by AMERICAN VOICE RETRIEVAL ████████, 1753 Massachusetts Ave., Cambridge, MA.  It is believed that this voice mail box is used by Gary MILO (████████████)  MILO along with BANNERMAN, John CLARK (██████████████) and two others comprise a group known as the "Boston Five."  The "Boston Five" have been involved marijuana trafficking from the southwestern U.S. to Massachusetts for approximately 20 years.

DEA Form    - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. | 2. G-DEP Identifier |
| | 3. File Title | |

| 4. Page 7 of 21 | |
|---|---|
| 5. Program Code | 6. Date Prepared 2/3/03 |

d.  617-675-7461 (1 call)

Time of call:  21:35
Duration:  1 minute

This telephone number is assigned to a pager; the user of this pager is unknown.

e.  617-901-0104 (3 calls)

Time of calls:  19:35, 20:22, 20:46
Duration:  2 minutes, 2 minutes, 1 minute

In response to an administrative subpoena AT&T Wireless provided the subscriber to this phone as Kurt WALTER ▮▮▮▮, ▮▮▮▮ ▮▮▮▮, MA.

Kurt WALTER was arrested various times in Massachusetts between 1983 and 1987 and charged with assault with a dangerous weapon, breaking and entering and trespassing. In 1999 WALTER was referenced in TOLLS system as being in contact with individual identified in a cocaine investigation. WALTER was referenced in a telephone subscriber report in a DEA New York cocaine investigation in 2000.

On January 24, 2003, Special Agents seized $221,910 from Gary NEWELL in Cambridge, MA. This money was contained in FedEx boxes located in the enclosed truck bed of NEWELL's pickup truck. On the morning of this money seizure, Special Agents observed Kurt WALTER place a duffel bag into the front of Gary NEWELL's truck (reference ROI dated 1/31/03 by S/A Dennis Barton, ▮▮▮▮ entitled Surveillance of Gary NEWELL). This duffel bag was subsequently placed in the enclosed truck bed of the truck by NEWELL.

f.  917-362-1420 (4 calls)

Time of calls:  20:21, 20:31, 20:45, 21:31
Durations:  1 minute, 1 minute, 1 minute, 2 minutes

This phone is believed to be used by Charles HERNANDEZ. Reference 1g.

**DEA SENSITIVE**
Drug Enforcement Administration

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.



**U.S. Department of Justice**
Drug Enforcement Administration

| | | 1. File No. | 2. G-DEP Identifier |
|---|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | | | |
| | | 3. File Title | |
| 4. Page 8 of 21 | | | |
| 5. Program Code | | 6. Date Prepared 2/3/03 | |

**Wednesday, January 22, 2003** (see Attachment 3)

7a.   **Trap and trace information**

Verizon security identified 10 phone numbers that called voice mail box 617-499-1990 on 1/22/03 (Note:  Telephone numbers which call the voice mail box through the use of prepaid calling cards are not identified). The identified telephone numbers are as follows:

b.   310-486-7865 (4 calls)

Time of calls:  13:55:33, 14:45:07, 15:10:06, 20:05:08

This phone is used by Douglas BANNERMAN.   Reference 1c.

c.   330-725-6907 (2 calls)

Time of calls:  18:15:30, 18:51:38

In response to an administrative subpoena Verizon-OH Inc. provided the subscriber to this number as Shue's Service Station, 2055 Medina Rd., Medina, OH.  It is believed that Gary NEWELL called the voice mail box of Douglas BANNERMAN from this telephone.

d.   857-222-1471 (1 call)

Time of call:  08:25:54

According to T Mobile, telephone number 857-222-1471 is a prepaid wireless account subscribed to by David CUMMINGS ███████████████,  ███████████  This account was initiated on 12/13/02; the subscriber's date of birth is identified as ███████1.  Public source information does not reveal any information for David CUMMINGS at ████████████████████.  (Analyst's note:  The frequency of calls from 857-222-1471 to the voice mail box of John CLARK██████████ 617-499-1996, indicates that this prepaid wireless phone is used by John CLARK.)

**DEA SENSITIVE**
Drug Enforcement Administration

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration




| | |
|---|---|
| **REPORT OF INVESTIGATION**<br>*(Continuation)* | 1. File No.               2. G-DEP Identifier<br><br>3. File Title |
| 4.<br>Page  9  of  21 | |
| 5. Program Code | 6. Date Prepared<br>2/3/03 |

e.   917-362-1420 (3 calls)

Time of calls:  13:57:54, 19:21:00, 19:38:59

This phone is believed to be used by Charles HERNANDEZ.  Reference 1g.

8a.  **Prepaid wireless phone information**

b.   There are no call detail records available for 617-780-8615 for
1/22/03.  Call detail records for telephone number 310-486-7865 reveal the
following calls:

c.   617-499-1990 (outgoing – 4 calls)

This is a voice mail box used by Douglas BANNERMAN.

d.   917-362-1420 (incoming – 1 call)
Time of call:  16:01

This phone is believed to be used by Charles HERNANDEZ.  Reference 1g.

9a.  **Prepaid calling cards**

Locus Telecommunications records reveal that on 1/22/03 there were six
phone calls made through the use of a prepaid calling card utilized by
Douglas BANNERMAN.  These calls are as follows:

b.   617-499-1990 (1 call)

Time of call:  19:24
Duration:  2 minutes

This is the voice mail box of Douglas BANNERMAN.

c.   617-499-1996 (1 call)

Time of call:  19:30

DEA Form     - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**1 - Prosecutor**

**U.S. Department of Justice**
Drug Enforcement Administration

| **REPORT OF INVESTIGATION**<br>*(Continuation)* | 1. File No. ███████ | 2. G-DEP Identifier ███████ |
|---|---|---|
| | 3. File Title ████████████ | |

| 4.<br>Page   10   of   21 | |
|---|---|
| 5. Program Code | 6. Date Prepared<br>2/3/03 |

Duration:  2 minutes

This is the voice mail box of John CLARK ███████████

d.   617-499-4849 (1 call)

Time of call:  14:53
Duration:  1 minute

This is a voice mail box that may be used by Gary MILO██████████
Reference 6c.

e.   617-629-9553 (1 call)

Time of call:  19:25
Duration:  4 minutes

This phone is subscribed to by Frank GIGLIO.   Reference 1d.

f.   617-675-7461 (1 call)

Time of call:  14:54
Duration:  1 minute

The user of this pager is unknown.   Reference 6d.

g.   781-340-9771 (1 call)

Time of call:  15:11
Duration:  6 minutes

In response to an administrative subpoena, Verizon-NE Inc. revealed that 781-340-9771 is a pay phone located at Dunkin Donuts, 1255 Main, Weymouth, MA.

**Thursday, January 23, 2003** (see Attachment 4)

10a. **Trap and trace information**

---

DEA Form   - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| **REPORT OF INVESTIGATION**<br>*(Continuation)* | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title | |

| 4.<br>Page  11  of  21 | |
|---|---|
| 5. Program Code | 6. Date Prepared<br>2/3/03 |

Verizon security identified 7 phone numbers that called voice mail box
617-499-1990 on 1/23/03 (Note:  Telephone numbers which call the voice
mail box through the use of prepaid calling cards are not identified).
The identified telephone numbers are as follows:

b.   310-486-7865 (6 calls)

Time of calls:  03:33:04, 12:34:12, 14:26:15, 19:35:06, 20:53:55, 21:26:04

This phone is used by Douglas BANNERMAN.   Reference 1c.

c.   617-621-6064 (1 call)

Time of call:  19:35:06

According to public source records, telephone number 617-621-6064 is a pay
phone located at Cambridgeside Galleria, 100 Cambridgeside Place,
Cambridge, MA.  It is believed that this call was made by Gary NEWELL who
had travelled from California, through Colorado, Missouri and Ohio with an
unknown amount of marijuana on behalf of Douglas BANNERMAN.  In response
to an administrative subpoena AT&T Wireless provided call detail records
for 310-463-2986 subscribed to by Gary D. NEWELL, [redacted].  These call detail records revealed that on
10/23/02 an outgoing call was placed to Holiday Inn Express, 250 Msgr.
O'Brien Hwy., Cambridge, MA.  Based upon the call from a pay phone located
in Cambridge, MA and NEWELL's previous call to the Holiday Inn Express in
Cambridge, MA it was surmised that NEWELL was registered at this hotel.
On the morning of January 24, 2003 Special Agents located NEWELL's vehicle
parked at the Holiday Inn Express in Cambridge, MA.

**11a.  Prepaid wireless phone information**

There are no call detail records available for 617-780-8615 for 1/23/03.
Call detail records for telephone number 310-486-7865 reveal the following
calls:

b.   617-499-1990 (outgoing – 6 calls)

DEA Form   - 6a
(Jul. 1996)
**DEA SENSITIVE**
Drug Enforcement Administration

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.



**U.S. Department of Justice**
Drug Enforcement Administration

| **REPORT OF INVESTIGATION**<br>*(Continuation)* | 1. File No. �– | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title ▬ | |

| 4.<br>Page   12   of   21 | |
|---|---|
| 5. Program Code | 6. Date Prepared<br>2/3/03 |

This is a voice mail box used by Douglas BANNERMAN.

c.    800-372-3736 (outgoing – 4 calls)

Reference 5c.

12a. **Prepaid calling cards**

Locus Telecommunications records reveal that on 1/23/03 there were five phone calls made through the use of two prepaid calling cards utilized by Douglas BANNERMAN.  These calls are as follows:

b.    541-543-9487 (2 calls)

Time of calls:  14:26, 19:36
Duration:  3 minutes, 4 minutes

Telephone number 541-543-9487 is a Sprint Wireless phone that was used by Gary NEWELL at the time of the seizure of $221,910 on 1/24/03.  NEWELL provided this telephone number to law enforcement officers as a contact number.

c.    617-234-0001 (1 call)

Time of call:  15:38
Duration:  6 minutes

Public source information reveals that this phone number is subscribed to by ANTIQUES ON CAMBRIDGE STREET ▬ ), 1076 Cambridge St., Cambridge, MA.

ANTIQUES ON CAMBRIDGE STREET is located at the same address as EAST WEST ANTIQUES ▬.  According to ▬ in 1992, EAST WEST ANTIQUES was owned by Charles GINSBERG ▬.  In 1992, GINSBERG was arrested in the same DEA Jacksonville, FL investigation as Frank GIGLIO ▬ InfoUSA business records

DEA Form      - 6a<br>(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

 

| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title | |

| 4. Page 13 of 21 | |
|---|---|
| 5. Program Code | 6. Date Prepared 2/3/03 |

reveal that EAST WEST ANTIQUES, formed in 1991, is owned by Frank GIGLIO.
It is believed that Frank GIGLIO is the user of 617-234-0001.

d.   617-629-9553 (1 call)

Time of call:  22:33
Duration:  2 minutes

This phone is subscribed to by Frank GIGLIO.   Reference 1d.

e.   917-362-1420

Time of call:  22:36
Duration:  1 minute

This phone is believed to be used by Charles HERNANDEZ.   Reference 1g.

**Friday, January 24, 2003** (see Attachment 5)

13a. **Trap and trace information**

Verizon security identified 8 phone numbers that called voice mail box
617-499-1990 on 1/24/03 (Note:  Telephone numbers which call the voice
mail box through the use of prepaid calling cards are not identified).
The identified telephone numbers are as follows:

b.   310-486-7865 (3 calls)

Time of calls:  00:08:03, 01:52:01, 10:31:16

This phone is used by Douglas BANNERMAN.   Reference 1c.

c.   617-429-0378 (2 calls)

Time of calls:  08:29:42, 08:50:59

---

DEA Form    - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

 

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION**<br>*(Continuation)* | | |
| | 3. File Title | |
| 4.<br>Page  14  of  21 | | |
| 5. Program Code | 6. Date Prepared<br>2/3/03 | |

In response to an administrative subpoena Verizon Wireless provided the
subscriber to this number as Frank GIGLIO, 1076 Cambridge St., Cambridge,
MA.  Reference 1d for information concerning GIGLIO.

d.   617-629-8566 (1 call)

Time of call:  13:00:44

According to public source information 617-629-8566 is a pay phone located
at Osco Drug, 14 McGrath Hwy., Somerville, MA.  On January 24, 2003, law
enforcement officers secured a pickup truck containing two FedEx boxes,
believed to hold illicit drug proceeds, from Gary NEWELL pending the
issuance of a search warrant.  Law enforcement officers informed NEWELL
that he was free to go after his truck was secured at 12:30 pm; he was
observed entering the Holiday Inn Express in Cambridge, MA (reference ROI
dated 1/31/03 by S/A Dennis Barton, ▓▓▓▓▓▓▓, entitled Surveillance of
Gary NEWELL).  The location of this payphone, 14 McGrath Hwy., Somerville,
MA, is in close proximity to the Holiday Inn Express in Cambridge; it is
believed that NEWELL placed this call at 1:00 pm from 617-629-8566 to
BANNERMAN's voice mail box.

e.   781-395-5313 (1 call)

Time of call:  14:49:24

According to Verizon-NE Inc. telephone number 781-395-5313 is subscribed
to by Century 21, Vance Realty, Medford, MA.

f.   857-222-1471 (1 call)

Time of call:  09:18:38

This phone is believed to be used by John CLARK.  Reference 7d.

14a. **Prepaid wireless phone information**

**DEA SENSITIVE**
**Drug Enforcement Administration**

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.




**U.S. Department of Justice**
Drug Enforcement Administration

| **REPORT OF INVESTIGATION** | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| *(Continuation)* | 3. File Title | |

| 4. | |
|---|---|
| **Page   15   of   21** | |
| 5. Program Code | 6. Date Prepared 2/3/03 |

There are no call detail records available for 617-780-8615 for 1/24/03. Call detail records for telephone number 310-486-7865 reveal the following calls:

b.    617-499-1990 (outgoing – 3 calls)

This is a voice mail box used by Douglas BANNERMAN.

c.    800-372-3736 (outgoing – 2 calls)

Reference 5c.

d.    800-784-4444 (outgoing – 1 call)

The TOLLS system reveals that telephone number 800-784-4444 is referenced in numerous investigations dating from 1994 through the present; this number is identified with Continental Airlines.

15a. **Prepaid calling cards**

Locus Telecommunications records reveal that on 1/24/03 there were 21 phone calls made through the use of two prepaid calling cards utilized by Douglas BANNERMAN.  These calls are as follows:

b.    323-252-6638 (1 call)

Time of call:  17:45
Duration:  1 minute

In response to an administrative subpoena Sprint PCS provided the subscriber to this number as Henry Hart JOHNSON ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ , ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ JOHNSON is the subject of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ This criminal record indicates that JOHNSON had numerous charges related to possession of a narcotic, assault and battery and miscellaneous vehicle violations in California between 1990 and 1999. JOHNSON was also charged on several occasions in Florida for possession of marijuana and cocaine.  Call detail records and trap and trace information

---

**DEA SENSITIVE**
Drug Enforcement Administration

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration



| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | ▓▓▓▓▓▓▓ | ▓▓▓▓▓▓ |
| | 3. File Title | |
| | ▓▓▓▓▓▓▓▓ | |

| 4. | |
|---|---|
| Page   16   of   21 | |
| 5. Program Code | 6. Date Prepared <br> 2/3/03 |

indicates that JOHNSON has been in contact with BANNERMAN numerous times from April 2002 through January 2003.

c.    415-336-1202 (1 call)

Time of call:  13:42
Duration:  10 minutes

According to Sprint PCS 415-336-1202 is subscribed to by Elizabeth AYELSWORTH (▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Sprint PCS also identified AYELSWORTH's Social Security Number as ▓▓▓▓▓ and DOB as ▓▓▓▓▓▓ California Department of Motor Vehicle records indicate that Elisabeth AYELSWORTH, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ holds license number ▓▓▓▓▓▓▓▓

,    541-543-9487 (4 calls)

Time of call:  13:16, 13:17, 14:32, 14:53
Durations:  1 minute, 3 minutes, 1 minute, 5 minutes

This phone is used by Gary NEWELL.   Reference 12b.

e.    617-367-2600 (1 call)

Time of call:  13:22
Duration:  1 minute

In response to an administrative subpoena Verizon-NE Inc. identified the subscriber to this number as BUTTERS, BRAZILIAN & SMALL, 1 Exeter Plaza, Boston, MA.  (Analyst's note:  Telephone number 617-367-2600 was called one minute prior 617-640-9200, referenced below in 15i.)

f.    617-429-0378 (4 calls)

Time of calls:  13:25, 13:39, 17:54, 19:37
Duration:  7 minutes, 3 minutes, 3 minutes, 1 minute

---

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

**1 - Prosecutor**

**U.S. Department of Justice**
Drug Enforcement Administration



| | | |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. | 2. G-DEP Identifier |
| | 3. File Title | |

| 4. | |
|---|---|
| Page  17  of  21 | |
| 5. Program Code | 6. Date Prepared 2/3/03 |

In response to an administrative subpoena Verizon Wireless provided the subscriber to this number as Frank GIGLIO, ██████████ ██████ Reference 1d for information concerning GIGLIO.

g.   617-499-1990 (3 calls)

Time of calls:  16:01, 16:02, 16:04
Duration:  1 minute, 2 minutes, 2 minutes

This is the voice mail box of Douglas BANNERMAN.

h.   617-566-5317 (1 call)

Time of call: 13:53
Duration:  7 minutes

According to Verizon-NE Inc. records reveal that 617-566-5317 is subscribed to by Yin Go WOO ██████████████████████ ████████████     Call detail records, trap and trace information and pen register information indicates that between 3/7/02 and 3/17/03 phones subscribed to by Karen WOO ████████████, of ██████ ██████have been in contact with BANNERMAN's box, 617-499-1990, 323-252-7213, subscribed to by Henry Hart JOHNSON ██████████████, reference 15b and 617-901-0104, subscribed to by Kurt WALTER ████████████████, reference 6e.

i.   617-640-9200 (2 calls)

Time of calls:  13:23, 15:55
Duration:  1 minute, 6 minutes

In response to an administrative subpoena Cingular Wireless provided the subscriber to this number as the following:  John H. BRAZILIAN ████████ ████████, Attn.: BUTTERS, BRAZILIAN, SMALL, ███████████     Cingular Wireless provided the following additional information regarding ████████████████████████████████ ████████████████████████████████████ According to ██████████

**DEA SENSITIVE**
Drug Enforcement Administration

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration



| | |
|---|---|
| **REPORT OF INVESTIGATION**<br>*(Continuation)* | 1. File No. ██████████  2. G-DEP Identifier ██████ |
| | 3. File Title ████████████████ |
| 4.<br>Page  18  of  21 | |
| 5. Program Code | 6. Date Prepared<br>2/3/03 |



j.   617-742-0605 (1 call)

Time of call: 14:43
Duration:  10 minutes

In response to an administrative subpoena Verizon-NE Inc. provided the
subscriber to 617-742-0605 as John H. BRAZILIAN ███████████
███████████████████

k.   617-901-0104 (3 calls)

Time of calls:  13:24, 13:32, 16:21
 uration:  1 minute, 1 minute, 2 minutes

Telephone number 617-901-0104 is subscribed to by Kurt WALTER.   Reference
6e.

**Saturday, January 25, 2003** (see Attachment 6)

16a. **Trap and trace information**

Verizon security identified 8 phone numbers that called voice mail box
617-499-1990 on 1/25/03 (Note:  Telephone numbers which call the voice
mail box through the use of prepaid calling cards are not identified).
The identified telephone numbers are as follows:

b.   917-362-1420 (5 calls)

Time of calls:  02:44:45, 12:15:50, 12:51:58, 14:46:27, 22:15:38

This phone is believed to be used by Charles HERNANDEZ.   Reference 1g.

17a. **Prepaid wireless phone information**

---

DEA Form     - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.



**U.S. Department of Justice**
Drug Enforcement Administration

| **REPORT OF INVESTIGATION**<br>*(Continuation)* | 1. File No.<br> | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title | |

| 4.<br>**Page  19  of  21** | |
|---|---|
| 5. Program Code | 6. Date Prepared<br>2/3/03 |

There are no call detail records available for 617-780-8615 and 310-486-7865 for 1/25/03.

**18a.  Prepaid calling cards**

Locus Telecommunications records reveal that on 1/25/03 there were four phone calls made through the use a prepaid calling card utilized by Douglas BANNERMAN.  These calls are as follows:

b.    617-429-0378 (1 call)

Time of call:  18:34
Duration:   4 minutes

This phone is subscribed to by Frank GIGLIO.   Reference 1d.

c.    617-499-1990 (2 calls)

Time of calls:  14:03, 18:26
Duration:  2 minutes, 1 minute

This is the voice mail box of Douglas BANNERMAN.

d.   917-362-1420 (1 call)

Time of call:  14:04
Duration:  1 minute

This phone is believed to be used by Charles HERNANDEZ.   Reference 1g.


**INDEXING**

1. AYELSWORTH, Elisabeth —                     Alias:
   Telephone numbers:
   Addresses:

**DEA SENSITIVE**
Drug Enforcement Administration

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
**Drug Enforcement Administration**

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | **1. File No** ▮▮▮▮ | **2. G-DEP Identifier** ▮▮▮▮ |
| | **3. File Title** ▮▮▮▮ | |

| | |
|---|---|
| **4.** Page   20   of   21 | |
| **5. Program Code** | **6. Date Prepared** 2/3/03 |

2. BANNERMAN, Douglas – ▮▮▮▮    Telephone numbers: ▮▮▮▮
   ▮▮▮▮

3. BRAZILIAN, John H. – ▮▮▮▮                        Addresses: ▮▮▮▮
   ▮▮▮▮
   ▮▮▮▮

4. BUTTERS, BRAZILIAN & SMALL – ▮▮▮▮    Telephone number: 617
   ▮▮▮▮

5. CLARK, John – ▮▮▮▮.    Telephone numbers: ▮▮▮▮
   ▮▮▮▮

6. GIGLIO, Frank – ▮▮▮▮    Telephone numbers: ▮▮▮▮ –
   ▮▮▮▮

7. HERNANDEZ, Charles – ▮▮▮▮    Telephone number: ▮▮▮▮

8. JOHNSON, Henry Hart – ▮▮▮▮    Telephone number: ▮▮▮▮
   ▮▮▮▮

9. KHALIL-Valdez, Reem – ▮▮▮▮.    Telephone number: ▮▮▮▮
   Address: ▮▮▮▮

10.  MARTINEZ, Hector – ▮▮▮▮    Telephone numbers: ▮▮▮▮
    ▮▮▮▮    Address: ▮▮▮▮

11.  MILO, Gary – ▮▮▮▮    Telephone number: ▮▮▮▮

12.  NEWELL, Gary Dean – ▮▮▮▮    Telephone number: ▮▮▮▮

13.  WALTER, Kurt – ▮▮▮▮    Telephone number: ▮▮▮▮

14.  WOO, Karen – ▮▮▮▮.    Telephone number: ▮▮▮▮

---

DEA Form       - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration



| | |
|---|---|
| **REPORT OF INVESTIGATION** <br> *(Continuation)* | 1. File No. ████████    2. G-DEP Identifier ████████ <br> 3. File Title ████████ |
| 4. <br> **Page  21  of  21** | |
| 5. Program Code | 6. Date Prepared <br> 2/3/03 |

15.  WOO, Yin Go – ████████ ██████ number: ████████
████████  Address: ████████

**DISTRIBUTION**

NEFD, Group 1, Attn.:  S/A Tomasetta; San Diego FD, Attn.:  S/A Menino;
Portland, OR RO; New York FD; Los Angeles FD; SARI

**DEA SENSITIVE**
Drug Enforcement Administration

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.



| Douglas BANNERMAN calling activity January 20, 2003 | | | | | |
|---|---|---|---|---|---|
| Time | Duration | Source | Known/Suspected User | Destination | Known/Suspected User |
| 00:11:59 | | 858-602-0572 | MARTINEZ, Hector | 617-499-1990 | BANNERMAN box |
| 11:51:00 | | 858-602-0572 | MARTINEZ, Hector | 617-499-1990 | BANNERMAN box |
| 12:44:07 | | 619-894-3007 | Reseller/unknown sub | 617-499-1990 | BANNERMAN box |
| 15:24:23 | | 917-362-1420 | HERNANDEZ | 617-499-1990 | BANNERMAN box |
| 17:59:02 | | 619-894-3007 | Reseller/unknown sub | 617-499-1990 | BANNERMAN box |
| 19:01:49 | | 617-629-9553 | GIGLIO | 617-499-1990 | BANNERMAN box |
| 20:09:24 | | 303-279-7765 | Holiday Inn West | 617-499-1990 | BANNERMAN box |
| 21:14:59 | | 619-894-3007 | Reseller/unknown sub | 617-499-1990 | BANNERMAN box |
| 21:34:47 | | 619-894-3007 | Reseller/unknown sub | 617-499-1990 | BANNERMAN box |
| 22:22:29 | | 310-486-7865 | BANNERMAN | 617-499-1990 | BANNERMAN box |

**Attachment 1**

| Time | Duration | Source | Known/Suspected User | Destination | Known/Suspected User |
|------|----------|--------|----------------------|-------------|----------------------|
| Douglas BANNERMAN calling activity January 21, 2003 ||||||
| 00:24:03 | | 310-486-7865 | BANNERMAN | 617-499-1990 | BANNERMAN box |
| 02:02:05 | | 808-283-4617 | KHALIL-Valdez, Reem | 617-499-1990 | BANNERMAN box |
| 12:54:30 | | 310-486-7865 | BANNERMAN | 617-499-1990 | BANNERMAN box |
| 12:56:20 | | 310-486-7865 | BANNERMAN | 617-499-1990 | BANNERMAN box |
| 14:50 | | 917-362-1420 | HERNANDEZ | 617-499-1990 | BANNERMAN box |
| 15:43:53 | | 917-362-1420 | HERNANDEZ | 617-499-1990 | BANNERMAN box |
| 17:32:17 | | 310-486-7865 | BANNERMAN | 617-499-1990 | BANNERMAN box |
| 18:35:11 | | 310-486-7865 | BANNERMAN | 617-499-1990 | BANNERMAN box |
| 19:35 | 2 minutes | Prepaid calling card | BANNERMAN | 617-901-0104 | WALTER |
| 19:37:17 | | 660-882-5413 | Pay phone/Pilot Travel Center | 617-499-1990 | BANNERMAN box |
| 19:41:14 | | 917-362-1420 | HERNANDEZ | 617-499-1990 | BANNERMAN box |
| 19:42:31 | | 781-395-9701 | Pay phone/Star Market | 617-499-1990 | BANNERMAN box |
| 20:21 | 1 minute | Prepaid calling card | BANNERMAN | 917-362-1420 | HERNANDEZ |
| 20:22 | 2 minutes | Prepaid calling card | BANNERMAN | 617-901-0104 | WALTER |
| 20:26 | 2 minutes | Prepaid calling card | BANNERMAN | 617-499-1990 | BANNERMAN box |
| 20:31 | 1 minute | Prepaid calling card | BANNERMAN | 917-362-1420 | HERNANDEZ |
| 20:45 | 1 minute | Prepaid calling card | BANNERMAN | 917-362-1420 | HERNANDEZ |
| 20:46 | 1 minute | Prepaid calling card | BANNERMAN | 617-901-0104 | WALTER |
| 21:31 | 2 minutes | Prepaid calling card | BANNERMAN | 917-362-1420 | HERNANDEZ |
| 21:34 | 1 minute | Prepaid calling card | BANNERMAN | 617-499-4849 | MILO box |
| 21:35 | 1 minute | Prepaid calling card | BANNERMAN | 617-675-7461 | Pager/unknown user |

**Attachment 2**



| Douglas BANNERMAN calling activity January 22, 2003 | | | | | |
|---|---|---|---|---|---|
| **Time** | **Duration** | **Source** | **Known/Suspected User** | **Destination** | **Known/Suspected User** |
| 08:25:54 | | 857-222-1471 | CLARK | 617-499-1990 | BANNERMAN box |
| 13:55:33 | | 310-486-7865 | BANNERMAN | 617-499-1990 | BANNERMAN box |
| 13:57:54 | | 917-362-1420 | HERNANDEZ | 617-499-1990 | BANNERMAN box |
| 14:45:07 | | 310-486-7865 | BANNERMAN | 617-499-1990 | BANNERMAN box |
| 14:53 | 1 minute | Prepaid calling card | BANNERMAN | 617-499-4849 | MILO box |
| 14:54 | 1 minute | Prepaid calling card | BANNERMAN | 617-675-7461 | Pager/unknown user |
| 15:10:06 | | 310-486-7865 | BANNERMAN | 617-499-1990 | BANNERMAN box |
| 15:11 | 6 minutes | Prepaid calling card | BANNERMAN | 781-340-9771 | Pay phone/Dunkin Donuts |
| 16:01 | 19 seconds | 917-362-1420 | HERNANDEZ | 310-486-7865 | BANNERMAN |
| 18:15:30 | | 330-725-6907 | Pay phone/Shue's Service Station | 617-499-1990 | BANNERMAN box |
| 18:51:38 | | 330-725-6907 | Pay phone/Shue's Service Station | 617-499-1990 | BANNERMAN box |
| 19:21:00 | | 917-362-1420 | HERNANDEZ | 617-499-1990 | BANNERMAN box |
| 19:24 | 2 minutes | Prepaid calling card | BANNERMAN | 617-499-1990 | BANNERMAN box |
| 19:25 | 4 minutes | Prepaid calling card | BANNERMAN | 617-629-9553 | GIGLIO |
| 19:30 | 2 minutes | Prepaid calling card | BANNERMAN | 617-499-1996 | CLARK box |
| 19:38:59 | | 917-362-1420 | HERNANDEZ | 617-499-1990 | BANNERMAN box |
| 20:05:08 | | 310-486-7865 | BANNERMAN | 617-499-1990 | BANNERMAN box |

**Attachment 3**



| Douglas BANNERMAN calling activity January 23, 2003 | | | | | |
|---|---|---|---|---|---|
| Time | Duration | Source | Known/Suspected User | Destination | Known/Suspected User |
| 03:33:04 | | 310-486-7865 | BANNERMAN | 617-499-1990 | BANNERMAN box |
| 12:34:12 | | 310-486-7865 | BANNERMAN | 617-499-1990 | BANNERMAN box |
| 14:26:15 | | 310-486-7865 | BANNERMAN | 617-499-1990 | BANNERMAN box |
| 14:26 | 3 minutes | Prepaid calling card | BANNERMAN | 541-543-9487 | NEWELL |
| 15:38 | 6 minutes | Prepaid calling card | BANNERMAN | 617-234-0001 | GIGLIO |
| 19:35:06 | | 617-621-6064 | Pay phone/Cambridgeside Galleria | 617-499-1990 | BANNERMAN box |
| 19:35:06 | | 310-486-7865 | BANNERMAN | 617-499-1990 | BANNERMAN box |
| 19:36 | 4 minutes | Prepaid calling card | BANNERMAN | 541-543-9487 | NEWELL |
| 20:53:55 | | 310-486-7865 | BANNERMAN | 617-499-1990 | BANNERMAN box |
| 21:26:04 | | 310-486-7865 | BANNERMAN | 617-499-1990 | BANNERMAN box |
| 22:33 | 2 minutes | Prepaid calling card | BANNERMAN | 617-629-9553 | GIGLIO |
| 22:36 | 1 minute | Prepaid calling card | BANNERMAN | 917-362-1420 | HERNANDEZ |

**Attachment 4**



| Douglas BANNERMAN calling activity January 24, 2003 | | | | | |
|---|---|---|---|---|---|
| Time | Duration | Source | Known/Suspected User | Destination | Known/Suspected User |
| 00:08:03 | | 310-486-7865 | BANNERMAN | 617-499-1990 | BANNERMAN box |
| 01:52:01 | | 310-486-7865 | BANNERMAN | 617-499-1990 | BANNERMAN box |
| 08:29:42 | | 617-429-0378 | GIGLIO | 617-499-1990 | BANNERMAN box |
| 08:50:59 | | 617-429-0378 | GIGLIO | 617-499-1990 | BANNERMAN box |
| 09:18:38 | | 857-222-1471 | CLARK | 617-499-1990 | BANNERMAN box |
| 10:31:16 | | 310-486-7865 | BANNERMAN | 617-499-1990 | BANNERMAN box |
| 12:07 | | 310-486-7865 | BANNERMAN | 800-784-4444 | Continental Airlines |
| 12:30 | NEWELL vehicle secured pending issuance of search warrant | | | | |
| 13:00:44 | | 617-629-8566 | Pay phone/Osco Drug | 617-499-1990 | BANNERMAN box |
| 13:16 | 1 minute | Prepaid calling card | BANNERMAN | 541-543-9487 | NEWELL |
| 13:17 | 3 minutes | Prepaid calling card | BANNERMAN | 541-543-9487 | NEWELL |
| 13:22 | 1 minute | Prepaid calling card | BANNERMAN | 617-367-2600 | BUTTERS, BRAZILIAN & SMALL |
| 13:23 | 1 minute | Prepaid calling card | BANNERMAN | 617-640-9200 | John BRAZILIAN, Attorney |
| 13:24 | 1 minute | Prepaid calling card | BANNERMAN | 617-901-0104 | WALTER |
| 13:25 | 7 minutes | Prepaid calling card | BANNERMAN | 617-429-0378 | GIGLIO |
| 13:32 | 1 minute | Prepaid calling card | BANNERMAN | 617-901-0104 | WALTER |
| 13:39 | 3 minutes | Prepaid calling card | BANNERMAN | 617-429-0378 | GIGLIO |
| 13:42 | 10 minutes | Prepaid calling card | BANNERMAN | 415-336-1202 | Elisabeth AYELSWORTH |
| 13:53 | 7 minutes | Prepaid calling card | BANNERMAN | 617-566-5317 | Yin Go WOO |
| 14:32 | 1 minute | Prepaid calling card | BANNERMAN | 541-543-9487 | NEWELL |
| 14:43 | 10 minutes | Prepaid calling card | BANNERMAN | 617-742-0605 | John BRAZILIAN |
| :49:24 | | 781-395-5313 | Century 21 | 617-499-1990 | BANNERMAN box |
| :53 | 5 minutes | Prepaid calling card | BANNERMAN | 541-543-9487 | NEWELL |
| 15:55 | 6 minutes | Prepaid calling card | BANNERMAN | 617-640-9200 | John BRAZILIAN, Attorney |
| 16:01 | 1 minute | Prepaid calling card | BANNERMAN | 617-499-1990 | BANNERMAN box |
| 16:02 | 2 minutes | Prepaid calling card | BANNERMAN | 617-499-1990 | BANNERMAN box |
| 16:04 | 1 minute | Prepaid calling card | BANNERMAN | 617-499-1990 | BANNERMAN box |
| 16:21 | 2 minutes | Prepaid calling card | BANNERMAN | 617-901-0104 | WALTER |
| 17:45 | 1 minute | Prepaid calling card | BANNERMAN | 323-252-6638 | Henry Hart JOHNSON |
| 17:54 | 3 minutes | Prepaid calling card | BANNERMAN | 617-429-0378 | GIGLIO |
| 19:37 | 1 minute | Prepaid calling card | BANNERMAN | 617-429-0378 | GIGLIO |

**Attachment !**

| Douglas BANNERMAN calling activity January 25, 2003 | | | | | |
|------|----------|-----------------------|----------------------|---------------|----------------------|
| **Time** | **Duration** | **Source** | **Known/Suspected User** | **Destination** | **Known/Suspected User** |
| 02:44:45 | | 917-362-1420 | HERNANDEZ | 617-499-1990 | BANNERMAN box |
| 12:15:50 | | 917-362-1420 | HERNANDEZ | 617-499-1990 | BANNERMAN box |
| 12:51:58 | | 917-362-1420 | HERNANDEZ | 617-499-1990 | BANNERMAN box |
| 14:03 | 2 minutes | Prepaid calling card | BANNERMAN | 617-499-1990 | BANNERMAN box |
| 14:04 | 1 minute | Prepaid calling card | BANNERMAN | 917-362-1420 | HERNANDEZ |
| 14:46:27 | | 917-362-1420 | HERNANDEZ | 617-499-1990 | BANNERMAN box |
| 18:26 | 1 minute | Prepaid calling card | BANNERMAN | 617-499-1990 | BANNERMAN box |
| 18:34 | 4 minutes | Prepaid calling card | BANNERMAN | 617-429-0378 | GIGLIO |
| 22:15:38 | | 917-362-1420 | HERNANDEZ | 617-499-1990 | BANNERMAN box |

**Attachment 6**