TAB 3

**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 13

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: S/A Dennis Barton  At: Boston DO | ☐ ☐ ☐ ☐ ☐ | | 6. File Title | |
| 7. ☐ Closed ☐ Requested Action Completed  ☐ Action Requested By: | | | 8. Date Prepared  01-31-2003 | |

9. Other Officers: See Paragraph # 35

10. Report Re: Surveillance of Gary NEWELL and Seizure of $221,091.00 USC (Exs N-51) on 1-24-03. Acquisition of Exs. 7, N-48, N-49, N-50, N-51, N-52, N-54, N-55, N-56 & N-57

**SYNOPSIS:**

On January 24, 2003, based on trap and trace analysis, DEA, Enforcement Group One (1) personnel with Cambridge, Ma, Police Department and Massachusetts State Police personnel located and conducted surveillance on Gary NEWELL in Cambridge, Ma. Surveillance personnel observed NEWELL meet with Kurt WALTER at a car wash in Cambridge. WALTER placed a bag inside the cab of NEWELL'S pickup truck. A second vehicle arrived (Black Ford Explorer LTD with gold trim) and a subject met with NEWELL. Surveillance followed WALTER to his residence at 25 Royal Road and subsequently to an apartment building at 30 Gardner Street both in Brookline, Ma. The Explorer was not followed from the car wash. Upon leaving the car wash, NEWELL went through a red light and was stopped by a Cambridge PD marked unit. NEWELL was initially cooperative but then became evasive and uncooperative. A Massachusetts State Police K-9 Unit responded. The K-9 Unit alerted to several FedEx boxes in the rear of the pickup. During the alert, the K-9 bit one of the boxes. This exposed a large amount of USC. Based on the above, a Search Warrant for the pickup and the FedEx boxes was obtained from the Cambridge District Court. The FedEx boxes were found to contain $218,910. Additionally, $3,000 was found in a tan canvas bag in the rear of the truck. The total of the two currency seizures is $221,910 and is designated as Exhibit N-51. The pickup truck was also seized and is being forfeited as Exhibit N-52.

| 11. Distribution:  Division SDFD-S/A Menino  District SOD- S/C Mike Quinn  Other SARI | 12. Signature (Agent)  S/A Dennis A. Barton | 13. Date  2/20/03 |
|---|---|---|
| | 14. Approved (Name and Title)  Mark Mazzei  Group Supervisor | 15. Date  2-21-3 |

DEA Form - 6
(Jul. 1996)
DBNewell1-24-03sur6
1 - Prosecutor

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | ███████ | ███████ |
| | 3. File Title | |
| 4. Page 2 of 13 | ███████████████████ | |
| 5. Program Code | 6. Date Prepared 01-31-2003 | |

**DETAILS:**

1. Reference is made to DEA Report of Investigation under this file title and number by S/A Brian Tomasetta on 1-23-2003, RE: Intelligence on Gary Dean NEWELL, an Associate of Douglas K. BANNERMAN.

2. Per the above referenced report, I/A Michelle Blais conducted an analysis of a trap and trace device on Douglas BANNERMAN'S American Voice Retrieval Voice Mailbox (617) 499-1990. This analysis showed telephone calls into BANNERMAN'S Voice Mailbox from Colorado, Missouri, and Ohio. Follow up investigation identified the caller as Gary NEWELL and his vehicle as a 1998 Ford F-150 Pickup truck, Oregon WHZ-914 (Registered to Gary Dean NEWELL, DOB: ███████

   Additional trap and trace information was received and analyzed by I/A Blais the morning of January 24, 2003. I/A Blais determined a pay telephone in the area of The Cambridge Side Galleria Mall had called into the BANNERMAN Voice Mailbox on the evening of January 23, 2003. A review of past toll records show NEWELL has made telephone calls to the Holiday Inn Express on O'Brien Highway (Rt. 28) in Cambridge. Based on this, surveillance units responded to the Holiday Inn Express, 250 O'Brien Highway (Rt. 28) Cambridge, Ma.

4. At approximately 9:15 a.m., Special Agent Joseph Desmond arrived in the area of the Holiday Inn Express, Cambridge, Ma. S/A Desmond saw the Ford F-150 Pickup parked in the front lot (facing O'Brien Highway - Rt. 28) of the Holiday Inn Express. S/A Desmond noted the pickup truck to have a white colored cap over the pickup bed. At approximately 9:20 a.m., Special Agent Christian Brackett joined S/A Desmond in the area of the Holiday Inn Express. At approximately 9:25 a.m., S/A Desmond observed a white male, app 5'10", wearing a tan baseball type cap, a blue jacket and jeans in the vicinity of the Ford truck. This subject was subsequently identified as Gary NEWELL. S/A Brackett drove by and saw a subject inside the driver's compartment of the truck with the door open. S/A Desmond changed surveillance positions at this time and was not able to see where NEWELL went but noted the truck still in the same space in the lot (but now

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION** (Continuation) | | |
| | 3. File Title | |
| 4. Page 3 of 13 | | |
| 5. Program Code | 6. Date Prepared 01-31-2003 | |

unoccupied). S/A Desmond also noted a Holiday Inn Express surveillance camera taping the lot and specifically facing the Ford truck.

5. At approximately 9:30 p.m., Special Agent Vincent Kelly arrived in the area of the Holiday Inn Express. At approximately 9:40 a.m., Special Agents Clint Aldrich and Brian Tomasetta arrived in the area of the Holiday Inn Express. At approximately 9:50 a.m., Special Agent Dennis Barton and Task Force Agent Shaun Santos arrived in the area of the Holiday Inn Express.

6. At approximately 9:50 a.m., S/A's Kelly, Brackett and Barton observed the Ford truck drive onto O'Brien Highway (Rt. 28) South (inbound to Boston) and turn West onto Gore Street, Cambridge. The agents saw the Ford truck drive through the Citizen's Bank lot at 225 Cambridge Street, Cambridge, Ma. The truck then drove back out onto Rt. 28 Northbound (outbound from Boston). S/A's Barton, Brackett, Desmond and Kelly observed the Ford truck pull into the Lechmere Auto Wash at 262 O'Brien Highway (Rt. 28), Cambridge, Ma.

7. S/A Brackett saw a male wearing a blue jacket and carrying gloves in his hand, approach and talk with NEWELL outside of the Ford truck. This subject came from a white BMW Sedan and was subsequently identified as Kurt WALTER. S/A's Barton, Brackett and TFA Santos observed NEWELL pull the Ford pickup into a self serve car spray wash bay. S/A Barton and TFA Santos saw NEWALL spraying off the Ford truck in the bay. S/A Brackett observed WALTER walk back and forth several times between the BMW and the pickup. At approximately 9:59 a.m., S/A Brackett and TFA Santos saw WALTER take a tan colored duffel type bag from the BMW and place it in the passenger side front of the Ford pickup. Subsequently, TFA Santos saw NEWELL bring this duffel type bag to the bed of the pickup truck.

8. At approximately 10:00 a.m., TFA Santos and S/A Tomasetta observed WALTER exit the lot in the white BMW and drive South (inbound towards Boston) on O'Brien Highway (Rt. 28). S/A's Kelly and Barton followed the BMW. S/A Kelly noted the BMW to have registration Ma 916-VXG (Registered to Kurt WALTER, ████████ ████████ Ma, on a white, 1994 BMW 540I, 4 door sedan).

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>(Continuation) | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title | |
| 4.<br>Page 4 of 13 | | |
| 5. Program Code | 6. Date Prepared<br>01-31-2003 | |

9. At the Lechmere Auto Wash, at approximately 10:05 a.m., S/A Brackett observed a second male approach the white Ford F-150 truck and place something in the rear bed (covered by a bed cap). This subject departed in a black colored Ford Explorer LTD with Gold trim. The vehicle was not followed and it's license plate was not observed.

10. TFA Edwards arranged for a marked Cambridge Police Department Unit in the area to assist. At approximately, 10:10 a.m., and upon exiting the car wash, TFA's Santos, Edwards and S/A Tomasetta saw the truck pass through a red traffic light without stopping and proceed North (outbound from Boston) on Rt. 28. TFA's Santos, Edwards and S/A Tomasetta followed the Ford truck Southbound on Medford Street Somerville, Ma.

11. At this time (10:15 a.m.), the marked Cambridge Police Department Unit activated it's lights and siren and conducted a traffic stop on the Ford truck. Cambridge Patrolmen David Diamond and James Ruffing conducted the stop. Once Officers had this vehicle stopped, they requested the operator produce his license and registration. The driver produced an Oregon drivers license identifying himself as Gary Dean NEWELL, ▬▬▬▬, of ▬▬▬▬▬▬▬▬▬▬▬ Oregon. NEWELL also supplied documents stating his ownership of the vehicle. TFA Edwards then joined officers at the stop and walked up to the truck and observed through the rear window of the cap several items strewn about the bed of the truck. Included within these items were a pair of skis, ski boots, a cooler, a toolbox, and a large white plastic bag containing two Fed-Ex boxes. TFA Edwards noted the absence of any suitcase or cold weather clothing that would be consistent with one who is travelling across country.

12. TFA Edwards inquired where NEWELL was staying in the area. NEWELL replied that he was staying at the Holiday Inn Express and that he had already checked out. A few moments later, NEWELL contradicted himself and stated that he had to go back to this hotel. NEWELL stated that he had paid his bill but still had to go back to the hotel room. TFA Edwards asked NEWELL the purpose of his trip. NEWELL responded he was going skiing in the White Mountains of New Hampshire.

DEA Form    - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF INVESTIGATION**
*(Continuation)*

| | |
|---|---|
| 1. File No. | 2. G-DEP Identifier |
| 3. File Title | |

4.
Page 5 of 13

5. Program Code

6. Date Prepared
01-31-2003

13. TFA Edwards noticed NEWELL to be nervous and during the conversation, NEWELL was looking all around. Each time TFA Edwards looked in the rear of the truck bed, NEWELL showed particular attention trying to see what TFA Edwards was doing. Each time NEWELL was asked a question, NEWELL would hesitate prior to responding.

14. The marked unit conducted a criminal check on NEWELL and learned he has an adult record dating back to 1977. Included within these offenses are past convictions for narcotics violations.

15. TFA Edwards explained to NEWELL that because he (NEWELL) was acting extremely nervous, Investigators believed there is a possibility of contraband in the Federal Express packages and/or the vehicle. Based upon NEWELL'S nervousness and inconsistent statements, TFA Edwards asked NEWELL if he would allow TFA Edwards to look into the vehicle. NEWELL replied "Yeah jump in the back if you want to". TFA Edwards began a check of the vehicle's contents and as TFA Edwards came to the white plastic bag containing the two Fed-Ex boxes, TFA Edwards asked NEWELL what was inside the Federal Express containers. NEWELL replied that the containers were "presents for his girlfriend." TFA Edwards asked NEWELL if TFA Edwards could look in the Federal Express packages; NEWELL replied, "no".

16. TFA Edwards then told NEWELL that he had concerns and wished to have the vehicle checked by a dog. TFA Edwards then asked NEWELL a second time about the contents of the Fed-Ex packages. NEWELL responded, "We're just gonna have to wait for your guy" (meaning the K-9 Unit and handler). TFA Edwards then requested the assistance of a canine unit trained in the detection of narcotics odor. It is noted that while waiting for the K-9 Unit to arrive, NEWELL was not under arrest or detained in any way and was free to leave.

17. Subsequently, Trooper Mark Reid of the Massachusetts State Police and K-9 Mako arrived on scene. Once Trooper Reid arrived he introduced K-9 Mako to the exterior of the white Ford pickup. As the dog completed a check of the vehicle's exterior he was introduced to the cab area of the truck. After completing the interior, the dog was led to the rear of the vehicle where he jumped onto the rear bed. As Trooper Reid

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF INVESTIGATION**
*(Continuation)*

| | |
|---|---|
| 1. File No. ████ /4 | 2. G-DEP Identifier ████ |
| 3. File Title ████ | |
| 4. Page 6 of 13 | |
| 5. Program Code | 6. Date Prepared 01-31-2003 |

stood at the rear of this truck he noted a strong odor of oranges. At the time this search was conducted, Trooper Reid also noted that it was extremely cold with a moderate wind blowing into the rear of the truck bed.

18. After K-9 Mako walked through the rear of this truck's bed, Trooper Reid moved the items at the rear of the bed forward, that were exposed to the wind. After doing this, K-9 Mako made a second check of the rear of the truck and had an aggressive reaction while working in the area of the white plastic bag containing the two Fed-Ex boxes. While scratching and biting at these boxes, K-9 Mako's tooth tore into one of the boxes and ripped open a small hole. Upon examining the hole in the box, TFA Edwards and other officers noted that the Fed-Ex box contained U.S. currency. Trooper Reid indicated that this change in Mako's behavior is a positive response for the presence of narcotics odor.

19. After observing the contents of the FedEx box, TFA Edwards asked NEWELL about the contents of the FedEx box. NEWELL declined to comment, and stared back at TFA Edwards with a blank stare. TFA Edwards then explained that the money would be secured pending further investigation, as well as NEWELL'S truck. TFA Edwards further advised NEWELL that TFA Edwards would be seeking a search warrant. TFA Edwards advised NEWELL he was free to go.

20. At approximately 12:30 p.m., the Ford F-150 pickup truck was towed to the DEA Boston DO garage. TFA Edwards asked for NEWELL's contact telephone number and NEWELL gave it as cellular telephone number (541) 543-9487. TFA Edwards told NEWELL he would contact him later to advise as to the status of NEWELL'S truck. NEWELL then departed the area on foot. S/A Desmond followed NEWELL and observed him enter the main entrance of the Holiday Inn Express. Surveillance was then terminated on NEWELL.

21. During the activity in Cambridge, S/A's Kelly and Barton continued to follow the white BMW driven by Kurt WALTER. The agents followed the BMW to the area of Washington Street and Park Street Brookline, Ma where visual contact on the BMW was temporarily lost. At approximately

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| | | 1. File No. | 2. G-DEP Identifier |
|---|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | | 3. File Title | |
| 4. Page 7 of 13 | | | |
| 5. Program Code | | 6. Date Prepared 01-31-2003 | |

    10:20 a.m., S/A Kelly located the BMW parked in the area of 25 Royal Road Brookline, Ma. S/A Barton joined S/A Kelly and surveillance was maintained on the BMW.

22. At approximately 10:36 a.m., S/A's Kelly and Barton observed WALTER exit 25 Royal Road and enter the white BMW. S/A Kelly followed the BMW as it parked in front of an apartment building at 30 Gardner Street Brookline, Ma (just one street over from Royal Road). S/A Kelly drove by and saw WALTER using a cellular telephone. S/A Barton arrived shortly thereafter, and observed the vehicle to be unoccupied.

23. S/A's Barton and Kelly maintained surveillance on the white BMW and were later joined by S/A's Morelli, Aldrich, Brackett and TFA Santos. At 11:23 a.m, TFA Santos observed a red colored, 1999, S-10 Chevrolet pickup truck, Ma ▓▓▓ (Registered to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓) arrive and park behind the BMW. TFA Santos saw the white male, wearing jeans, work boots and a green jacket, exit the truck and clean the windows to the pickup. The subject then went into the bed of the truck which was covered with a black canvass/vinyl cover. The subject then entered into the apartment building at 30 Gardner Street Brookline, Ma.

24. At approximately 11:49 a.m, TFA Santos observed a white colored, 1994 Ford Explorer, Ma ▓▓▓ S (Registered to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓) arrive and park behind the red S-10 pickup. TFA Santos observed a white male with white hair, glasses and wearing a Patriots jacket exit the Explorer. The subject went to the passenger side of the Explorer. At this stage the driver of the S-10 pickup exited 30 Gardner Street and met the driver of the Explorer near the Vehicles.

25. TFA Santos observed the driver of the S-10 pickup retrieve a heavy canvas type bag from the Explorer and place it into the front driver's cab of the truck. Both males then departed in the Explorer with the white haired subject driving. The Explorer was not followed.

26. At approximately 12:00 Noon, TFA Santos observed WALTER exit 30 Gardner Street, enter the white BMW and negotiate a U-turn. S/A Barton

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.




**U.S. Department of Justice**
**Drug Enforcement Administration**

**REPORT OF INVESTIGATION**
*(Continuation)*

| 1. File No. | 2. G-DEP Identifier |
|---|---|
| [redacted] | [redacted] |
| 3. File Title | |
| [redacted] | |

4.
Page 8 of 13

| 5. Program Code | 6. Date Prepared |
|---|---|
|  | 01-31-2003 |

followed the white BMW to the area of 25 Royal Road Brookline, Ma. S/A Barton did not immediately drive down Royal Road (in order to avoid detection). S/A Barton drove past the residence at approximately 12:02 p.m., and saw the white BMW parked near 25 Royal Road.

27. At approximately 12:05 p.m., surveillance on WALTER and the white BMW was terminated.

28. S/A Barton subsequently entered the apartment building at 30 Gardner Street Brookline, Ma. S/A Barton observed the name "Walter" on the apartment registry for Apartment 2C.

29. At approximately 12:30 p.m., units returned to the Boston Divisional Office.

30. TFA Edwards applied for and obtained a Commonwealth of Massachusetts search warrant for the Ford F-150 pickup truck and the FedEx boxes via the Clerk Magistrate of the Cambridge District Court.

31. At approximately 11:30 p.m., a search of the FedEX boxes yielded $218,910 in US Currency (exhibit N-51). A search of the Ford F-150 yielded plastic tarps which smelled of marijuana (EX 7) and the tan duffel type bag seen earlier by surveillance units (Exhibit N-55). A search of the tan bag revealed it contained clothing and toilet articles as well as $3,000 USC which was found by TFA Santos. This currency was submitted with Exhibit N-51 and is part of the total $221,910 of that exhibit. Additionally TFA Santos discovered an old prescription bottle containing now only herbal supplements but bearing the name Gary HOWELL rather that Gary NEWELL.

32. Later on January 24, 2003, additional trap and trace information on BANNERMAN'S American Voice Retrieval Box (617) 499-1990 was received. The information shows a call from a pay telephone (617-499-1990) at the Osco Drug Store at 14 McGrath Highway (Rt. 28) at approximately 1:01 p.m on January 24, 2003 to BANNERMAN'S Voice Mailbox, (617) 629-8566. This call was placed approximately 30 minutes after the Ford F-150 pickup truck was towed. The pay telephone is located in the

DEA Form    - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

U.S. Department of Justice
Drug Enforcement Administration

| | 1. File No. ████4 | 2. G-DEP Identifier ████ |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 3. File Title ████ | |
| 4. Page 9 of 13 | | |
| 5. Program Code | 6. Date Prepared 01-31-2003 | |

vicinity of the Holiday Inn Express on O'Brien Highway (Rt. 28), Cambridge, Ma.

33. On January 27, 2003, at approximately 3:30 p.m., TFA Stephen Edwards placed a recorded telephone call to Gary NEWELL'S cellular telephone, (541) 543-9487 (Exhibit N-50). TFA Edwards informed NEWELL a search warrant had been obtained and a large amount of currency had been recovered from the FedEx boxes in the rear of the pickup. TFA Edwards further advised the money was being forfeited as well as the truck unless NEWELL would come to the Cambridge Police Station and explain the origin of the funds. NEWELL declined to give any information, would not agree to an interview nor make any other comment related to his role in the transportation of the funds. NEWELL did state he was back in Oregon and that the matter was best left for his lawyer. The conversation was then terminated.

34. On January 27, 2003, TFA Edwards obtained the security camera videotapes for the dates of 1-23-03 & 1-24-03 from the Holiday Inn Express in Cambridge. These tapes contain recordings of NEWELL'S Ford F-150 pickup truck and have been designated as Exhibit N-53.

35. OTHER OFFICERS: Special Agents Brian Tomasetta, Christian Brackett, Nancy Morelli, Joseph Desmond, Christian Brackett, Vincent Kelly, Clint Aldrich, Task Force Agents Shaun Santos and Stephen Edwards, Intelligence Analyst Michele Blais, Massachusetts State Police Sergeant John Brooks, Trooper K-9 Handler Mark Reid, K-9 Unit Mako, Uniformed Cambridge Police Officers David Diamond and James Ruffing.

**CUSTODY OF EVIDENCE:**

1. Exhibit N-48 - Exhibit N-48 is described as 35 mm surveillance photographs & negatives sealed in a DEA Evidence Envelope marked ████ and N-48. The photographs were taken by S/A Dennis Barton on 1-24-03 during surveillance in Cambridge & Brookline, MA. S/A Barton maintained custody and had the film commercially processed in Boston, MA on 1-27-03. On the same day, S/A Barton processed the photos & negatives as Exhibit N-48. S/A Barton then secured the Exhibit in his locked

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

U.S. Department of Justice
Drug Enforcement Administration

| | **REPORT OF INVESTIGATION**<br>*(Continuation)* | 1. File No. | 2. G-DEP Identifier |
|---|---|---|---|
| | | 3. File Title | |
| 4.<br>Page 10 of 13 | | | |
| 5. Program Code | | 6. Date Prepared<br>01-31-2003 | |

personal storage cabinet until turned over to the NEFD Non-Drug Evidence Custodian.

2. Exhibit N-49 - Ex. N-49 are two (2) FedEx boxes seized on 1-24-03 which had contained a large amount of US Currency (EX N-51). The boxes were seized pursuant to a Massachusetts State Search Warrant for the search of a Ford F-150 pickup truck, Oregon WHZ-214. S/A Barton took custody of the boxes and stored them in a locked safe in the Boston DO. On 1-27-03, S/A Barton processed the boxes as Exhibit N-49 and re-stored the Exhibit until mailed to the NERL via RMRRR for latent fingerprint analysis.

3. Exhibit N-50 - One (1) standard audio cassette tape sealed in a DEA Evidence Envelope marked ▆▆▆▆ and Ex N-50. Ex. N-50 is a audio cassette tape which contains a recording of a conversation between TFA Stephen Edwards and Gary Dean NEWELL on 1-27-03 at app. 3:30 p.m. at cellular telephone number (541) 543-9487. S/A Barton took custody of the tape and secured it in his personal locked cabinet. On 2-28-03, S/A Barton retrieved the tape, made copies, and processed the tape as Exhibit N-50. S/A Barton then re-stored N-50 until to was turned over to the NEFD Non Drug Evidence Custodian.

4. Exhibit N-51 - $221,910 USC seized by S/A's Dennis Barton and Brian Tomasetta from two FedEx boxes and a brown canvas duffel type bag. Both seized on 1-24-03, pursuant to a Massachusetts Search Warrant for the search of a F-150 Ford pickup truck registered to Gary NEWELL. The cash was secured in the locked Group 1 Supervisor safe until 1-29-03, when S/A's Barton and Tomasetta delivered the cash to the Boston Federal Reserve Bank where the funds were converted to Federal Reserve Bank of Boston Official Check 50962 made payable to the U.S. Marshal Service. A DEA SSF fund was processed and the check with a DEA 48a were subsequently delivered to the U.S. Marshal's Service.

5. Exhibit N-52 - A 1998 Ford F-150 Pickup truck, VIN 1FTZF18W9WNB85858, Oregon WHZ-214 registered to Gary Dean NEWELL ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆. The vehicle was seized from Gary NEWELL on 1-24-03 and towed to the DEA parking garage where it was searched pursuant to a Massachusetts Search Warrant. A large sum of USC and other evidence was seized from the bed of the truck. Based on the evidence, a decision to

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION
*(Continuation)*

| | |
|---|---|
| 1. File No. ▮ | 2. G-DEP Identifier ▮ |
| 3. File Title ▮ | |

4. Page 11 of 13

5. Program Code

6. Date Prepared
01-31-2003

    forfeit the vehicle was reached. An DEA SSF was prepared and custody of the vehicle was subsequently turned over to the U.S. Marshal's Service.

6. Exhibit N-54 - Ex. N-54 consists of several white plastic shopping type bags sealed in a DEA Evidence Envelope marked N-54 and ▮ The bags, when seized had contained two (2) FedEX boxes which further contained a large amount of USC. S/A Barton seized the bags from the rear bed of a Ford F-150 pickup truck owned by Gary NEWELL pursuant to a Massachusetts State Search Warrant executed on 1-24-03. S/A Barton took custody of the bags and secured them in a locked cabinet. On 1-29-03, S/A Barton retrieved the bags, sealed them in a DEA Evidence Envelope, and processed them as Exhibit N-54. S/A Barton then re-stored N-54 until to was turned over to the NEFD Non Drug Evidence Custodian.

7. Exhibit N-55 - Ex. N-55 is a tan colored canvass duffel type bag containing clothing and other personal items. Sealed in a DEA Evidence box marked ▮ & Exhibit N-55. S/A Barton seized the bag from the rear bed of a Ford F-150 pickup truck owned by Gary NEWELL pursuant to a Massachusetts State Search Warrant executed on 1-24-03. S/A Barton took custody of the bag and secured it in a locked cabinet. On 1-29-03, S/A Barton retrieved the bag, sealed it in a DEA Evidence box, and processed it as Exhibit N-55. S/A Barton then re-stored N-55 until to was turned over to the NEFD Non Drug Evidence Custodian.

8. Exhibit N-56 - 35 mm Photographs and negatives sealed in a DEA Evidence marked ▮ & N-56. Ex. N-56 are photos & negatives taken on 1-24-03 & 1-29-03. The photos were taken by S/A Brian Tommasetta and S/A Dennis Barton of a Ford F-150 pickup truck owned by Gary NEWELL, the contents of the truck, FedEx boxes, a large amount of USC and other items. S/A Tomasetta maintained custody until 1-29-03 when S/A Barton took custody. On 1-29-03, S/A Barton delivered the film for commercial processing. On 1-30-03, S/A Barton retrieved the developed film and processed it as Exhibit N-56. S/A Barton then stored N-56 in his personal storage cabinet until to was turned over to the NEFD Non Drug Evidence Custodian.

9. Exhibit N-57 - 35 mm Photographs and negatives sealed in a DEA Evidence marked ▮ & N-57. Ex. N-57 are photos & negatives taken on 1-24-

DEA Form    - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

**U.S. Department of Justice**
Drug Enforcement Administration

| | **REPORT OF INVESTIGATION**<br>*(Continuation)* | 1. File No. | 2. G-DEP Identifier |
|---|---|---|---|
| | | 3. File Title | |
| 4. Page 12 of 13 | | | |
| 5. Program Code | | 6. Date Prepared<br>01-31-2003 | |

03 & 1-29-03. The photos were taken by S/A Brian Tommasetta and S/A Dennis Barton of a Ford F-150 pickup truck owned by Gary NEWELL, and a tan canvass bag found in the bed of the truck. S/A Tomasetta took photos of the truck on 1-24-03 & S/A Barton took photos of the bag on 1-29-03. On 1-29-03, S/A Barton delivered the film for commercial processing. On 1-30-03, S/A Barton retrieved the developed film & stored it in his personal storage cabinet until to was turned over to the NEFD Non Drug Evidence Custodian.

10. Exhibit 7 - On 1-27-2003, a Massachusetts State Search Warrant was executed on a Ford F-150 pickup truck, Oregon WHZ-214. A smell of marijuana was detected in the rear of the pickup. A large cash seizure was also made from the truck. It is suspected that the tarps were used to cover marijuana. S/A Dennis Barton seized the tarps and secured them in a locked closet in the Boston DO on 1-24-03. On 1-27-03, S/A Barton processed the tarps as Exhibit 7 and stored them in a personal locked cabinet until forwarded to the NERL via RRRM. LAB PLEASE CONDUCT ANALYSIS ON TARPS FOR TRACE AMOUNTS OF MARIJUANA RESIDUE.

**INDEXING SECTION:**

1. 
2. BANNERMAN, Douglas K
3. WALTER, Kurt

   a.
4. NEWELL, Gary D. Previously Indexed. SARI please update record with the following information. AKA Gary HOWELL, Ford F-150 white colored, 1998 pickup truck Oregon registered to Gary NEWELL at Home telephone number: cellular telephone number
5. Registered owner of Ma a white colored, 1994 Ford Explorer,

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

.S. Department of Justice
rug Enforcement Administration

| | REPORT OF INVESTIGATION<br>*(Continuation)* | 1. File No. ███ | 2. G-DEP Identifier ███ |
|---|---|---|---|
| 4.<br>Page 13 of 13 | | 3. File Title ███ | |
| 5. Program Code | | 6. Date Prepared<br>01-31-2003 | |

5. ███████████████████████████████████████ Registered owner of Ma ███████ a red colored, 1999, S-10 Chevrolet pickup truck, ███████████████████████████████

DEA Form     - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.