JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Daniel Macauley

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**    **Category No.** I    **Investigating Agency** DEA

**City** Boston    **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf.   X    Case No.   03-10370-DPW
Same Defendant   X    New Defendant
Magistrate Judge Case Number   03-0454-RBC
Search Warrant Case Number   03-0455-61, 0477, 0479-84-RBC
R 20/R 40 from District of

**Defendant Information:**

**Defendant Name** John J. McCarthy    **Juvenile:** ☐ Yes ■ No

**Alias Name**

**Address** 32 Juniper Street, Brookline, MA

**Birthdate:** 1964   **SS #**   **Sex:** Male   **Race:**   **Nationality:**

**Defense Counsel if known:**    **Address**

**Bar Number**

**U.S. Attorney Information:**

**AUSA** Rachel E. Hershfang/Denise J. Casper    **Bar Number if applicable**

**Interpreter:** ☐ Yes ■ No    **List language and/or dialect:**

**Matter to be SEALED:** ■ Yes ☐ No

■ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of   in
☐ Already in State Custody at    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:    on   12/03

**Charging Document:** ☐ Complaint    ☐ Information    ■ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ■ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

■   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** October 28, 2004    **Signature of AUSA:** _[signature]_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   John J. McCarthy.

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**   Category No. **I**   Investigating Agency **DEA**

City **Boston**   Related Case Information:

County **Suffolk**
Superseding Ind./ Inf.  **X**   Case No. **03-10370-DPW**
Same Defendant  **X**   New Defendant
Magistrate Judge Case Number  **03-0454-RBC**
Search Warrant Case Number  **03-0455-61, 0477, 0479-84-RBC**
R 20/R 40 from District of

**Defendant Information:**

Defendant Name  **John Graham**   Juvenile: ☐ Yes ■ No

Alias Name

Address

Birthdate: **1961**   SS # ____   Sex: **Male**   Race: ____   Nationalit **Canadian**

**Defense Counsel if known:** ____   Address ____

Bar Number

**U.S. Attorney Information:**

AUSA **Rachel E. Hershfang/Denise J. Casper**   Bar Number if applicable ____

Interpreter:  ☐ Yes  ■ No   List language and/or dialect: ____

Matter to be SEALED:  ■ Yes  ☐ No

☐ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date  **12/2/03**

☐ Already in Federal Custody as of  **12/2/03**  in ____
☐ Already in State Custody at ____  ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:  Ordered by: **MJ Collings**   on  **12/3/03**

**Charging Document:**   ☐ Complaint   ☐ Information   ■ Indictment

**Total # of Counts:**   ☐ Petty ___  ☐ Misdemeanor ___  ■ Felony **1**

Continue on Page 2 for Entry of U.S.C. Citations

■  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  **October 28, 2004**   Signature of AUSA: _[signature]_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   John Graham

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

≈JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**          Category No.  I          Investigating Agency   DEA

City    Boston                  **Related Case Information:**

County  Suffolk                Superseding Ind./ Inf.   X          Case No.   03-10370-DPW
                               Same Defendant    X                 New Defendant
                               Magistrate Judge Case Number   03-0454-RBC
                               Search Warrant Case Number     03-0455-61, 0477, 0479-84-RBC
                               R 20/R 40 from District of

**Defendant Information:**

Defendant Name    Scott Myers                              Juvenile:   ☐ Yes   ■ No
Alias Name
Address           405 Columbus Avenue, Boston, MA
Birthdate:  1968       SS #            Sex:  Male    Race:  White         Nationality:

**Defense Counsel if known:**                              Address

Bar Number

**U.S. Attorney Information:**

AUSA   Rachel E. Hershfang/Denise J. Casper        Bar Number if applicable

Interpreter:       ☐ Yes    ■ No        List language and/or dialect:

**Matter to be SEALED:**    ■ Yes   ☐ No

   ■ Warrant Requested         ☐ Regular Process           ☐ In Custody

**Location Status:**

Arrest Date

x  Already in Federal Custody as of        12/03              in
☐ Already in State Custody at                   ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:                            on

**Charging Document:**       ☐ Complaint       ☐ Information       ■ Indictment
**Total # of Counts:**       ☐ Petty           ☐ Misdemeanor       ■ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

■  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   October 28, 2004         Signature of AUSA:  [signature]

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Scott Myers

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

bannerjs45.wpd - 2/7/02

≋JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

# Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

**Place of Offense:**   **Category No.** I   **Investigating Agency** DEA

**City** Boston   **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf.  X   Case No. 03-10370-DPW
Same Defendant  X         New Defendant
Magistrate Judge Case Number   03-0454-RBC
Search Warrant Case Number   03-0455-61, 0477, 0479-84-RBC
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Jose Vezga   Juvenile:  ☐ Yes  ■ No

Alias Name

Address   11 Melrose Avenue, Wakefield, MA

Birthdate: 1958   SS #   Sex: Male   Race: Hispanic   Nationality   Venezuela

**Defense Counsel if known:**   Address

Bar Number

**U.S. Attorney Information:**

AUSA   Rachel E. Hershfang/Denise J. Casper   Bar Number if applicable

Interpreter:   ☐ Yes   ■ No   List language and/or dialect:

Matter to be SEALED:   ■ Yes   ☐ No

☐ Warrant Requested   ☐ Regular Process   X In Custody

**Location Status:**

Arrest Date   12/3/03

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:  Ordered by:  MJ Collings   on   12/3/03

**Charging Document:**   ☐ Complaint   ☐ Information   ■ Indictment

**Total # of Counts:**   ☐ Petty ——   ☐ Misdemeanor ——   ■ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

■ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  October 28, 2004   Signature of AUSA: [signature]

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Jose Vezga

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

bannerjs45.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** I    **Investigating Agency** DEA

**City** Boston    **Related Case Information:**

**County** Suffolk

Superseding Ind./Inf.   X    Case No. 03-10370-DPW
Same Defendant    New Defendant X
Magistrate Judge Case Number   03-0454-RBC
Search Warrant Case Number   03-0455-61, 0477, 0479-84-RBC
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Frank Giglio    Juvenile: ☐ Yes ■ No

Alias Name

Address

Birthdate: _____ SS # _____ Sex: Male   Race: White   Nationalit

**Defense Counsel if known:**    Address

Bar Number

**U.S. Attorney Information:**

AUSA   Rachel E. Hershfang/Denise J. Casper    Bar Number if applicable

**Interpreter:** ☐ Yes ■ No    List language and/or dialect:

**Matter to be SEALED:** ■ Yes ☐ No

   X   Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ■ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ■ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: October 28, 2004    Signature of AUSA: _____

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Frank Giglio

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____