UNITED STATES DISTRICT COURT IN CLERKS OFFICE
DISTRICT OF MASSACHUSETTS

FILED
2005 FEB -1 P 2:30
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA )
)
)
v. )   CRIMINAL NO. 03-10370-DPW
)
)
GARY NEWELL, )
    Defendant )
)
)

### DEFENDANT GARY NEWELL'S WAIVER OF APPEARANCE FOR ARRAIGNMENT

Pursuant to Rule 10 (b) of the Federal Rules of Criminal Procedure, defendant Gary Newell respectfully waives his appearance in court for arraignment on the Superseding Indictment returned by the Grand Jury on October 28, 2004 in the above-captioned case. In support of this waiver, the defendant and his counsel hereby affirm that the defendant has received a copy of the Superseding Indictment and that the defendant pleads "not guilty" to that indictment.

WHEREFORE, the defendant and his attorney respectfully request that the Court accept his waiver of appearance for arraignment.

Respectfully submitted,

_____
GARY NEWELL, Defendant

_____
Debra A. DelVecchio
B.B.O. #542139
DEL VECCHIO & HOUSEMAN
The Perry Building
15 Front Street
Salem, MA 01970
(978) 740-5999

DATED: 1/28/05

### CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of this document was served upon the attorney of record for each party and each party appearing pro se, by mail, [illegible], on 1/31/05

_____