UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

       V.

DOUGLAS BANNERMAN, ET AL.      CRIMINAL NO. 03-10370-DPW

## ORDER AND NOTICE OF SCHEDULING CONFERENCE MOTION HEARING, AND JURY TRIAL,

WOODLOCK, District Judge

  After a pretrial conference held February 8, 2005, it is hereby ORDERED:

1. Motion hearing regarding pending motions to suppress is scheduled for **JULY 26, JULY 27, AND JULY 28, 2005 AT 2:30 P.M**;

2. Further scheduling conference re: motion hearing set for **JUNE 14, 2005 AT 3:00 P.M.**. Parties shall file a status report by **JUNE 7, 2005**;

3. Jury trial, expected to last three to four weeks, set for **SEPTEMBER 12, 2005 AT 9:00 A.M.**;

4. The time from February 8, 2005 to September 12, 2005 is excluded in the interest of justice.


                                   BY THE COURT,

                                   <u>/s/ Michelle Rynne</u>
                                   Deputy Clerk


DATED: February 8, 2005