UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | CRIM. NO. 03-10370-DPW |
| | ) | |
| DOUGLAS BANNERMAN, et al., | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

**DEFENDANT GARY NEWELL'S
MOTION FOR MODIFICATION OF
CONDITIONS OF PRETRIAL RELEASE & SUPERVISION**

Now comes the defendant Gary Newell in the above-captioned case and respectfully requests that the Court modify the conditions of his pretrial release and supervision to permit him to travel with The Robert Cray Band on its European tour during June and July, 2005.  In support of his motion, the defendant submits four letters attesting to Mr. Newell's commitment and contribution to the band's success over the past 20 years, as well as the necessity of his participation in its upcoming tour. Also enclosed is a letter from his drug treatment counselor Charles Cudmore attesting to Mr. Newell's extraordinary performance in treatment along with a Certificate of Completion. A copy of the band's itinerary also is attached for the Court's review.  In addition, the defendant states the following:

Mr. Newell was arrested in January of 2004, approximately one year after his alleged participation in the drug conspiracy at issue in this case. During that one year period, and for more than 25 years prior to it, the defendant was not accused of any crimes, drug-related or otherwise.

Since his arrest, Mr. Newell has been on pretrial release and supervised by the Federal Pretrial Services' office in Eugene, Oregon. He has been permitted to travel to various parts of the country working as The Robert Cray Band's lead sound engineer without any reporting problems or criminal involvement.

The only exception to Mr. Newell's otherwise continuously stellar performance while on pretrial release occurred on or about November 2, 2005 during a time when the band was on hiatus for approximately seven weeks. At that time, he experienced a relapse of his drug addiction with a one-time use of opiates.

To his credit, Mr. Newell promptly acknowledged to his Oregon Pretrial Services Officer Nicholas Stranteri of this transgression which was confirmed with drug testing. Officer Stranteri then forwarded the information to the defendant's Massachusetts Pretrial Services Officer September Brown.

With this Court's approval, Mr. Newell remained on supervised pretrial release and underwent drug treatment, as recommended by Officer Brown. His success in drug treatment is verified by his Certificate of Completion and his counselor Charles Cudmore's May 5, 2005 letter. Since November 16, 2004,

Mr. Newell is fully compliant with all of the terms of his pretrial release conditions.

Mr. Newell recognizes that his request for permission to travel abroad while on pretrial release is highly unusual. However, he seeks the Court's approval of his request because his ability to travel to specific venues this summer as sound engineer is critical for the success of the band he has served with dedication and expertise for more than two decades.

For all of these reasons, the defendant respectfully requests that the Court modify the conditions of his pretrial release to permit him to accompany The Robert Cray Band on tour this summer, except for those dates that conflict with his court appearances. Of course, the defendant is willing to comply with any additional pretrial release conditions that the Court deems reasonable and necessary to permit the requested travel.

Defense counsel notified AUSA Rachel Hershfang that she was filing this motion and was advised that the Government assents to it.

Dated: May 16, 2005

Respectfully submitted,
Gary Newell,
By his attorney,

Debra A. DelVecchio
B.B.O. No. 542139
DEL VECCHIO & HOUSEMAN
15 Front Street
Salem, MA 01970
(978) 740-5999

CERTIFICATE OF SERVICE

    I hereby certify that I caused a true copy of the foregoing motion and its attachments were sent to Assistant District Attorney Rachel E. Hershfang by FAX ~~and first class mail~~ on May 16, 2005.

*Debra A. DelVecchio*
Debra A. DelVecchio



# WILLAMETTE FAMILY TREATMENT SERVICES, INC.
DETOX AND TREATMENT FOR THE CHEMICALLY DEPENDENT

**WILLAMETTE FAMILY TREATMENT CENTER**
343-2993

Administration

Sunrise Unit
Women's Residential

Carlton Unit
Men's Residential

Families in Recovery Unit
Residential Treatment for Women with Children

Coeur de Lane
Families in Recovery
New Futures
Outpatient Treatment for Women

Child Development Center
Therapeutic Day Care

**BUCKLEY HOUSE**
Detox and Sobering
343-6512

**FAMILIES IN TRANSITION**
687-8135
689-4414

---

Re: Gary Newell        DOB: 7/6/1951        SS#: 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

May 5, 2005

To: Debra Del Vecchio
   The Perry Building
   15 Front St.
   Salem, Ma.  01970

This letter is to verify Gary Dean Newell's participation and completion in Level I continuing care treatment at our facility. Level I care is the least restrictive of all treatment regimens and meets one time per week for 2 hours and extends for a period of 6 months.

Gary entered this level of treatment on 11/16/04, upon a referral from his federal pre-trial officer, Nick Stranteri.   He has given several UA's as of this date and all were negative for any illegal substances.  Since entering treatment, Gary has completed all of the assigned treatment work and interacts in the group process at a high level.  He gives his peers insightful feedback and contributes to the group.

His scheduled completion date was 5/16/05.  However, because he continued to attend and contribute to the group as has been his habit,  the expiration date was shortened and he was completed on 4/29/05.

To be looking at the consequences of his addiction as Gary is, it would be hard for any person to continue to attend and participate at the level in which he does.  That he is able to do this, and do it to the extent that he does, speaks volumes for him.  He is a pleasure to have in groups and I personally admire him for his fortitude in completing treatment knowing he may possibly go to prison.  I am not sure that I could do that.

If you have any questions please feel free to contact me at (541) 338-9098, Ext. 113.

Sincerely,

*Charles Cudmore*        5/5/05
Charles Cudmore, BA, CADC II        Date

687 CHESHIRE · EUGENE, OR 97402



# Certificate Of Completion

This certificate is awarded to

**Gary Newett**

for his successful completion of

**"LEVEL ONE AFTERCARE CHEMICAL DEPENDENCY TREATMENT"**

at Willamette Family Treatment Services, Inc.

on:

April 29, 2005

Charles Coleman, M. CADC-II

May 2, 2005

To Whom It May Concern:

The twenty odd years that Mr. Gary Newell and I have worked together is a testament to his loyalty and commitment to excellence that he provides. Gary is not on the stage with the band, but he is responsible for the sound that represents the band to the ears of the listening audience. From the small clubs to outdoor venues where people have seen and listened to "The Robert Cray Band", they heard Gary Newell's sound, which is always positively commented on after shows around the world.

I understand that Gary's recent situation poses a problem in his abilities to travel with the band to Europe this summer and I personally, and speaking on behalf of the band and crew, hope that Mr. Newell can continue to be a part of what makes us who we are.

Thank you for your time,

Robert Cray



May 3, 2005

Debra Del Vecchio
The Perry Building
15 Front St.
Salem, MA 01970

Dear Debra,

Gary Newell advised that I should send the attached letters from myself and Robert Cray to you. I hope you can work it out for Gary to come to Europe with the band. Robert and I are both stating the reality, without exaggeration, with regard to the band's need for his services and we need to resolve work permits for him in some territories as soon as possible - something we can't do without his passpport.

Please let us know if there is anything else you need.

Best regards,

Mike Kappus

P.O. Box 170429 • San Francisco, CA 94117 • (415) 386-3456 • Fax (415) 386-0599 • E-Mail: info@rosebudus.com • Website: http://www.rosebudus.com



May 3, 2005

To Whom It May Concern,

I'm writing regarding Gary Newell and his ability to travel with The Robert Cray Band on their tour of Europe this Summer. Robert Cray is a five time Grammy Award winner who has a significant following overseas as a sophisticated, quality artist. I have worked with The Robert Cray Band as their agent and manager since 1983 and Gary is the only person, aside from Robert himself, who has been with the organization longer than me. With an entourage of ten on the road and an evolving staff over the years I think Gary's continued tenure with the band as they gained international success says a great deal about his ongoing value to the group.

The Robert Cray Band will be touring nine countries in Europe between June 15 and July 25 in support of their new CD and the quality of the sound is crucial to each show's success. As the band travels from one city and country to another they will be using different sound systems and working with different local personnel every night. With the sound of the show being one of the most critical elements in the band's tour, it's important that the band have someone who knows the band's needs intimately and can make sure that all is right with the equipment and show each night. Gary is that person as evidenced by Robert and the group's loyalty to him over the years.

Throughout Gary's recent difficulties the band has stood by him and hope that he can put his current troubles behind him and move on as soon as possible. All during this time he has been completely reliable with regard to all of his job duties and, frankly, we are very concerned about what to do if he is unable to travel with the group to Europe. In recent years, music groups tend to tour much more in the summer time and that means that all of the best technical people are in demand and they generally stick with the group they have history with. If Gary was unable to travel to Europe the group would be in quite a spot to find a good replacement and, even if they found someone of similar technical skills, they will not have the experience or knowledge of the group's needs or the rapport and sense of trust with the group that Gary has. I hope this helps you understand our needs and that Gary Newell can be allowed to carry on his duties with The Robert Cray Band as they tour overseas. If you would like to discuss this or anything else with me, feel free to contact me and also feel free to research the band and our company, The Rosebud Agency, via the web site noted below. Thanks for your time and consideration.

Best regards,

Mike Kappus
President, The Rosebud Agency

 

updated on April 1, 2005

**Please Note:** For specific information regarding tickets, showtimes, addresses, directions etc., please check the local listing o contact the venues directly.

| date | venue | city | state | with |
|---|---|---|---|---|
| 5/14/2005 | **Ameristar Casino** | Kansas City | MO | Evening with |
| 5/26/2005 | **Music in Schools Today Benefit - Herbst Theater** | San Francisco | CA | **Marcia Ball** |
| 5/27/2005 | **Lobero Theatre** | Santa Barbara | CA | Evening with |
| 5/28/2005 | **Santa Cruz Blues Festival** | Aptos | CA | Multi act festival |
| 5/29/2005 | **Avila Beach Blues Festival - Avila Beach Golf Resort** | San Luis Obispo | CA | TBA |
| 6/2/2005 | **Count Basie Theatre** | Red Bank | NJ | TBA |
| 6/3/2005 | **Irving Plaza** | New York | NY | **Marcia Ball** |
| 6/4/2005 | **Mann Center for the Performing Arts** | Philadelphia | PA | B.B. King |
| 6/5/2005 | **The Birchmere** | Alexandria | VA | TBA |
| 6/17/2005 | **Music Hall** | Aberdeen | SCOTLAND | TBA |
| 6/18/2005 | **Lowry** | Salford | ENGLAND | TBA |
| 6/20/2005 | **Royal Festival Hall** | London | ENGLAND | TBA |
| 6/21/2005 | **Anvil** | Basingstoke | ENGLAND | TBA |
| 6/22/2005 | **Pavilion** | Bournemouth | ENGLAND | TBA |
| 6/24/2005 | **Royal Concert Hall** | Nottingham | ENGLAND | TBA |
| 6/25/2005 | **New Theatre** | Oxford | ENGLAND | TBA |
| 6/27/2005 | **Irish Centre** | Leeds | ENGLAND | TBA |
| 6/28/2005 | **Corn Exchange** | Cambridge | ENGLAND | TBA |
| 6/29/2005 | **Rivierenhof Festival** | Burgerhout-Antwerp | BELGIUM | TBA |
| 6/30/2005 | **La Cigale** | Paris | FRANCE | TBA |
| 7/2/2005 | **Lakeside Blues Festival** | Jarvenpaa | FINLAND | Multi act festival |
| 7/4/2005 | **Montreux Jazz Festival** | Montreux | SWIZERLAND | B.B. King |
| 7/19/2005 | **(TBA)** | Madrid | SPAIN | TBA |
| 7/20/2005 | **(TBA)** | Barcelona | SPAIN | TBA |
| 7/22/2005 | **(TBA)** | (TBA) | SPAIN | TBA |
| 7/23/2005 | **(TBA)** | (TBA) | SPAIN | TBA |
| 7/24/2005 | **(TBA)** | (TBA) | SPAIN | TBA |

To whom it may concern,

I am the sound engineer for The Robert Cray Band and have been for 25 years. We have been touring internationally since 1983. I know this band's needs like the back of my hand. Together with the rest of our crew we are like a well oiled machine. You need a crew that works well together to make these tours successful. We have a European tour coming up from June 15 to July 6, and then some later dates in July. (See below) My hope is that you can return my passport so that I can renew it and make at least the first two weeks of this tour. I know there are concerns about me not being available for UA's but pretrial services let me make long tours last summer without any incidences. I did have one dirty UA in 15 months but that was after being off work for 7 weeks and I am truly sorry about that. Drugs are not allowed in this organization so if I used I would be fired. We look at our tours like a professional sporting event and they are taken seriously. This is not a party band. We range in age from 38 to 58 (I'll be 54 July 6) and we are well beyond the party years. Actually, we call ourselves "the milk and cookies bunch".

Also I would make a substantial amount of money on this tour and I really need it to be able to fly back to Boston for my hearing. I do hope you will be able to work with me on this.

Sincerely, Gary Newell

*Gary Newell*