AO 109 (2/90) Seizure Warrant

# United States District Court

_____ DISTRICT OF   MASSACHUSETTS _____

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

$5,600 in U.S. Currency which is currently in the possession of

Nancy D. Effros

**SEIZURE WARRANT**

CASE NUMBER:   CR03-10370-DPW

TO:   United States Drug Enforcement Administration   and any Authorized Officer of the United States

Affidavit(s) having been made before me by   Special Agent Dennis Barton   who has reason to
                                              Affiant

believe that in the _____ District of   Massachusetts   there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

I am satisfied that the affidavit(s) and any record testimony established probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure (in the daytime – 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~, leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to   United States Magistrate Judge Robert B. Collings
                                                                U.S. Judge or Magistrate
as required by law.

APR 2 2 2005   at 11:17 am

~~April 21, 2005~~                                    at   Boston, Massachusetts
Date and Time Issued                                       City and State

Robert B. Collings, U. S. Magistrate Judge
Name and Title of Judicial Officer                          Signature of Judicial Officer

AO 109 (USA)-MA 9/2002

AO 109 (2/90) Seizure Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED  4/22/05 | DATE AND TIME WARRANT EXECUTED  4/22/05 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH  MS. Nancy Effios |
| INVENTORY MADE IN THE PRESENCE OF  Mo. Nancy Effios - via FedEx | | |

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

1 Bank of America Cashiers check #2629633 in the amount of $5,600.00 received by S/A Dennis Barton on 5-9-05 via FedEx airbill #8524-6994-7109.

**CERTIFICATION**

I swear that the inventory is a true and detailed account of the property seized by me on the warrant.

Subscribed, sworn to, and returned before me this date.

*[signature: Dennis A Barton]*

U.S. Judge or Magistrate

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210  Date

JUN - 1 2005

AO 109 (USAO-MA 9/2002) back