

U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

Main Reception: (617) 748-3100

United States Courthouse, Suite 9200
1 Courthouse Way
Boston, Massachusetts 02210

July 8, 2005

By First Class Mail

James M. Merberg, Esq.
66 Long Wharf
Boston, MA 02110

Kevin J. Reddington, Esq.
Kevin J. Reddington Law Office
1342 Belmont
Brockton, MA 02301

Martin G. Weinberg
Oteri, Weinberg & Lawson
20 Park Plaza
Boston, MA 02116

William Crowe, Esq.
Crowe & Dunn, LLP
141 Tremont St.
Boston, MA 02111

John T. Diamond, III, Esq.
15 Foster
Quincy, MA 02169

Mary Page Kelley, Esq.
Federal Defenders Office
408 Atlantic Avenue
Boston, MA 02109

William J. Cintolo, Esq.
1 International Place
    Suite 1820
Boston, MA 02110

Debra A. DelVecchio
DelVecchio & Houseman
Perry Building
15 Front St.
Salem, MA 01970

    Re:  United States v. Douglas Bannerman et al.
           Criminal No. 03-10370-DPW

Dear Counsel:

    I write with respect to the September 12 trial in the above-captioned case. As you are aware, we have suppression hearings scheduled for July 26-28, and Judge Woodlock has indicated that, on that date, he is likely to impose accelerated disclosure deadlines for some pretrial materials. Accordingly, as of the end of the suppression hearings, my trial preparations will begin

in earnest. By this I mean that my time, and the time of my co-counsel for trial, as well as DEA resources, will be dedicated almost entirely to preparing to try the case. In addition to diverting these prosecutorial resources from other cases, the government will incur the expense of bringing out-of-state witnesses (including the chemists and out-of-state law enforcement officers) to Massachusetts to prepare for trial, and will disrupt those individuals' schedules.

Accordingly, **unless you indicate to the Court, in writing, by 5:00 p.m. on Friday, July 29, that your client will tender a guilty plea, I will oppose a three-level reduction for acceptance of responsibility**. If you are interested in reviewing, again, the government's calculation of the marijuana weight believed attributable to your client, the basis for that calculation, and/or the likely resulting guideline sentencing range, please contact me.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Rachel E. Hershfang
Assistant U.S. Attorney

cc: Ms. Michelle Rynne
    Clerk to the Hon. Douglas P. Woodlock