```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
                              )
        v.                    )   CRIMINAL NO. 03-10370-DPW
                              )
                              )
GARY NEWELL,                  )
        Defendant             )
                              )
_____)
```

### DEFENDANT GARY NEWELL'S
### REQUEST FOR RULE 11 HEARING

The Defendant respectfully requests that the Court set his case down for a Rule 11 Hearing. The defendant requests that his Rule 11 Hearing take place on August 31, 2005 at 2:30 P.M., the date and time currently reserved by the Court and the parties for the completion of the defendant's motion to suppress hearing. The defendant, who lives in Oregon, is indigent, and remains on pretrial release, previously purchased airline tickets to return to Boston for that date.

The Government assents to this motion.

|  |  |
|---|---|
|  | Respectfully submitted,<br>GARY NEWELL,<br>By his attorney, |
| DATED: August 24, 2005 | _/s/ Debra A. DelVecchio__<br>Debra A. DelVecchio<br>B.B.O. #542139<br>DEL VECCHIO & HOUSEMAN<br>The Perry Building<br>15 Front Street<br>Salem, MA  01970<br>(978) 740-5999 |